UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Not-For-Profit :
Corporation, and NELSON M. STERN, :
Individually, :
        Plaintiffs, :
         : Case No.
v. :
         : Judge
         : Magistrate Judge
ABA HEIMAN and JERRY HEIMAN, :
individuals, :
        Defendants. :
_____/ :

**JUDGE SAND**

**07 CV 2923**



## RULE 7.1 DISCLOSURE STATEMENT

PURSUANT TO Rule 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, ACCESS 4 ALL, INC., represents that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly-held.

                                                Respectfully Submitted,

Nelson M. Stern, Esquire (NS8646)      Lawrence A. Fuller, Esquire (LF5450)
NELSON M. STERN ATTORNEY AT LAW     FULLER, FULLER & ASSOCIATES, P.A.
Co-Counsel for Plaintiff Access 4 All, Inc.     Counsel for Plaintiffs
964 Third Ave., 5th Floor     12000 Biscayne Blvd., Suite 609
New York, NY 10155     North Miami, FL 33181
(212) 223-8330     (305) 891-5199
(212) 371-2131 - Facsimile     (305) 893-9505 - Facsimile
scooterlawyer@aol.com     lfuller@fullerfuller.com

                                                By: _____
                                                    Lawrence A. Fuller, Esquire (LF5450)

                                                  Date: _____

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.