UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ACCESS 4 ALL, INC. and　　　　　　　　　　RESPONSE TO
NELSON M. STERN,　　　　　　　　　　　　MOTION TO DISMISS

　　　　　　　　Plaintiffs,　　　　　　　07-CV-2923(LBS)

　　v.

ABA HEIMAN, JERRY HEIMAN, and
ULSTER HEIGHTS PROPERTIES, INC.,

　　　　　　　　Defendants.
-------------------------------------------------------

　　　　Defendants, ABA HEIMAN and JERRY HEIMAN, by Aba Heiman, Esq., responding to plaintiff's Motion to Dismiss Against Defendants Aba and Jerry Heiman, agree, and join plaintiffs in their motion, that this action should be dismissed against defendants ABA HEIMAN and JERRY HEIMAN, except that said dismissal should be "with prejudice" with regard to defendants ABA HEIMAN and JERRY HEIMAN.

　　　　The only other reason defendants ABA HEIMAN and JERRY HEIMAN were unable to join plaintiffs' Motion to Dismiss Against Defendants Aba and Jerry Heiman was that plaintiffs' proposed Stipulation (during our meet and confer) specified that the only consideration for same was dismissal. Plaintiffs and defendants, ABA HEIMAN and JERRY HEIMAN, have discussed and disagree on whether dismissed defendants, ABA HEIMAN and JERRY HEIMAN, should be entitled to reasonable attorney fees following dismissal.

　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　ABA HEIMAN and JERRY HEIMAN

　　　　　　　　　　　　　　　By:　/s/ _____
　　　　　　　　　　　　　　　　　Aba Heiman, Esq. (AH 3728)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ACCESS 4 ALL, INC. and
NELSON M. STERN,

                Plaintiffs,

v.

ABA HEIMAN, JERRY HEIMAN, and
ULSTER HEIGHTS PROPERTIES, INC.

                Defendants.
-----------------------------------------------------------

AFFIDAVIT OF SERVICE

07-CV-2923(LBS)

STATE OF NEW YORK)
              :ss
COUNTY OF NASSAU)

      Belinda Torres, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at Medford, New York. On the 5th day of July 2007, I served defendants' Response to "Plaintiffs' Motion to Dismiss Against Defendants Aba and Jerry Heiman and Amend Caption" upon:

        Nelson M. Stern, Esq.  &  Lawrence A. Fuller, Esq.
        964 Third Ave., 5th Fl.     Fuller, Fuller & Assoc., PA
        New York, NY 10155      12000 Biscayne Blvd., #609
                                      North Miami, FL 33181

by first class mail.

                                                      _____
                                                      Belinda Torres

Sworn to before me this
5th day of July 2007
_____
Notary Public

BARI M. LEWIS
Notary Public, State of New York
No. 02LE4888202
Qualified in Nassau County
Commission Expires March 9, 20__