(212) 619-0728  
FAX: (212) 619-2288

# UNITED PROCESS SERVICE, INC.
THIRD FLOOR  
315 BROADWAY  
NEW YORK, NY 10007-1121

E-Mail: info@unitedprocess.com  
Web: www.unitedprocess.com

Date Received   06/01/07

FULLER, FULLER & ASSOCIATES, P.A.  
12000 BISCAYNE BOULEVARD  
SUITE 609  
N. MIAMI, FL 33181  
ATTN: SU LIN MACLAFFERTY

Client Code 6289  
(305) 891-5199

~~DAN KNIGHT~~ AVERY

Index #  1:07-CV-2923-LBS

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Invoice #   441655  
Date Purchased   05/14/07  
120 Day   09/11/07

**Plaintiff:** ACCESS 4 ALL, INC., A FLORIDA NOT-FOR-PROFIT CORPORATION, ETANO

**Defendant:** ABA HEIMAN, ETAL

Copies   Yes

**Recipient(s):**

1) ULSTER HEIGHTS PROPERTIES, INC., A NEW YORK CORPORATION

SUMMONS AND AMENDED COMPLAINT; ORDER FOR INITIAL PRE-TRIAL CONFERENCE

Location:

Business: C/O ANDREW STOLLER, ON BEHALF OF THE ENTITY  
260 N. MAIN STREET  
SPRING VALLEY, NY 10977

SERVED Date: 6/29   Time: 0830   Serve Sec'y of State ✓   Adv. Fee 6/18   Att. Sending _____

New Address _____

Served on: DC _____   Title/Relationship _____

Desc: Sex: ___  Skin Color ___  Hair Color ___  Approx Age ___  Height ___  Weight ___

Remarks: SERVE BY ~~06/15/07~~ 6/30/07  
USE AFFIDAVIT PROVIDED  
SENT TO UPS VIA FEDERAL EXPRESS

(RES. APT. BLDG)

**REASON FOR RETURN**  
UNKNOWN ___  MOVED ___  NEED APARTMENT # X  
NO SUCH NUMBER ___  NO LONGER EMPLOYED ___  
HELD AWAITING INSTRUCTIONS ___  OUT OF BUSINESS ___  

**POSTAL SEARCH** _____  
NO CHANGE OF ADD ___  UNKNOWN AT ADDRESS GIVEN ___  
MOVED, NO FWD ADD ___  FORWARDING ORDER EXPIRED ___  

**MOTOR VEHICLE SEARCH** _____  
D.O.B, VIN OR PLATE # _____  
NO HIT ___  SAME ADDRESS ___  NEW ADDRESS ___  

CODE B  CHARGE 37  CODE ___ CHARGE ___  
CODE FA CHARGE 40  CODE ___ CHARGE ___  
CODE CAT CHARGE 7  CODE ___ CHARGE ___  
CODE A  CHARGE 55  CODE ___ CHARGE ___  

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually,

    Plaintiffs,

v.

ABA HEIMAN and JERRY HEIMAN, individuals, and ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation,

    Defendants.

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** 1:07-cv-2923-LBS

To: (Name and address of Defendants)

**ULSTER HEIGHTS PROPERTIES, INC.**
**c/o Andrew Stoller, on behalf of the entity**
**260 N. Main St.**
**Spring Valley, NY 10977**

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

| | |
|---|---|
| Lawrence A. Fuller, Esq. | Nelson M. Stern, Esq. |
| Fuller, Fuller & Associates, P.A. | Nelson M. Stern Attorney at Law |
| 12000 Biscayne Blvd., Suite 609 | 964 Third Ave., 5th Floor |
| North Miami, FL 33181 | New York, NY 10155 |
| (305) 891-5199 | (212) 223-8330 |

an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
Clerk

/s/ Marcos Quintero
(By) Deputy Clerk

MAY 1 4 2007
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/29/07 |
| NAME OF SERVER (Print) Steven C. Avery | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the Defendants. Place where served:

Secretary of State
Albany, NY

☐ Left copies thereof at the Defendants's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Donna Christie who is authorized to accept on behalf of the New York Secretary of State. F/W/Bro/35/55"/198 Served under section 306 of the business corporation law and tendering required $40 fee

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/07
Date

Signature of Server
Steven C. Avery

93 West Sand Lake Rd.
Wyantskill, NY 12198
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.