# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: ULSTER HEIGHTS PROPERTIES, INC.

Selected Entity Status Information

**Current Entity Name:** ULSTER HEIGHTS PROPERTIES, INC.
**Initial DOS Filing Date:** FEBRUARY 21, 1974
**County:** ULSTER
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
%ANDREW STOLLER
260 N. MAIN ST.
SPRING VALLEY, NEW YORK, 10977

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page


PLAINTIFF'S EXHIBIT A