LAW OFFICES OF
## FULLER, FULLER & ASSOCIATES, P.A.

SUITE 609
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: LFuller@FullerFuller.com

September 17, 2007

*Via Certified Mail*
**ULSTER HEIGHTS PROPERTIES, INC.**
c/o Dave Glauber          c/o Dave Glauber          Prel Plaza Management Office
5 Nesher Ct.              17 Westside Ave.          60 Dutch Hill Rd.
Monsey, NY 10952          Spring Valley, NY 10977   Orangeburg, NY 10962

Re:  *Access 4 All, Inc. V. Ulster Heights Properties, Inc.* Case No. 1:07-cv-2923-LBS; Our File No. 3849-NY

To whom it may concern:

I represent Access 4 All, Inc. and Nelson Stern, plaintiffs in the above-referenced action. On April 12, 2007, plaintiffs initiated an action pursuant to the Americans With Disabilities Act, 42 U.S.C. Section 12181, et seq., to remove discriminatory barriers present at the Prel Plaza, 60 Dutch Hill Rd., Orangeburg, NY. Our investigation reveals the Ulster Heights Properties, Inc. ("Ulster Heights") is the owner of the Plaza.

On May 14, 2007, a summons was issued against Ulster Heights. On June 29, 2007, pursuant to Section 306 of the business corporation sections of the New York Code, Ulster Heights was properly served with an Amended Complaint. Unfortunately, Ulster Heights has failed to amend its requisite filings with the New York Secretary of State with respect to its registered agent. This, however, does not affect the validity of service of the Amended Complaint. A copy of the Amended Complaint is attached hereto.

It is not our preference to enter a default against Ulster Heights. Therefore, to avoid this result, kindly respond to the undersigned by September 26, 2007.

Should you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

FULLER, FULLER & ASSOCIATES, P.A.



Thomas B. Bacon
Tbb@fullerfuller.com