

**MEMO ENDORSED**

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 609
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: LFuller@FullerFuller.com

November 5, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-07
```

Via facsimile transmission 212-805-7919
The Honorable Leonard B. Sand
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1650
New York, NY 10007

Re: *Access 4 All, Inc. et al. v. Aba Heiman and Jerry Heiman*
Case No. 1:07-cv-2923-LBS; Our File No. 3849-NY

Dear Judge Sand:

The above-referenced action has been scheduled for hearing on Plaintiffs' Motion For Default on Tuesday, November 20, 2007, at 10:00 am. Lead counsel is located in the State of Florida and is hereby requesting leave to appear at the conference telephonically.

Thank you for your attention in this regard.

Very truly yours,

FULLER, FULLER & ASSOCIATES, P.A.

Thomas B. Bacon

CC: Prel Plaza Management Office, 60 Dutch Hill Road., Orangeburg, NY 10692 (via U.S. Mail)
Dave Glauber (officer of Ulster Heights Properties, Inc., (via U.S. Mail)
  5 Nesher Ct., Monsey, NY 10952 and
  17 Westside Ave., Spring Valley, NY 10977
Ulster Heights Properties, Inc. P.O. Box 1029, Monsey NY 10952 (via U.S. Mail)

**MEMO ENDORSED**

*[handwritten endorsement: So ordered. LBS(?) Sand  11/6/07]*