UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually, | : : : : |
| Plaintiffs, | : Case No. 1:07-cv-2923 : |
| v. | : Judge Leonard B. Sand : Magistrate Judge Frank Maas |
| ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation, | : : **CLERK'S CERTIFICATE** : |
| Defendant. _____ / | : |

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 12, 2007, and an Amended Complaint was filed on May 14, 2007, and a copy of the summons and Amended Complaint was served on defendant, Ulster Heights Properties, Inc., by serving Donna Christie who is authorized to accept service on behalf of the New York Secretary of State on behalf of Defendant and proof of such service was filed on July 30, 2007.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default on the defendant is hereby noted.

Dated: New York, New York

_____

                                                        **J. MICHAEL MCMAHON**
                                                        Clerk of the Court

                                                        By: _____
                                                           Deputy Clerk