UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

| | |
|---|---|
| ACCESS 4 ALL, INC. and<br>NELSON M. STERN, | NOTICE OF MOTION<br>FOR ATTORNEY FEES |
| Plaintiffs, | 07-CV-2923(LBS) |
| v. | |
| ULSTER HEIGHTS PROPERTIES, INC. | |
| Defendant. | |

-----------------------------------------------------

PLEASE TAKE NOTICE that dismissed defendant, Jerry Heiman, by his attorney, Aba Heiman, Esq., shall move this Court before the Honorable Judge Leonard B. Sand on Thursday, January 10, 2008, at 2:15 P.M., at the U.S. Courthouse at 500 Pearl Street, New York, New York 10007, either in person or via telephone (whichever this Court deems appropriate), for an award of attorney fees pursuant to 42 U.S.C. § 12205 under the Americans with Disabilities Act, in the amount of $3,900, as is supported by the appended Affirmation, Fee Petition (itemization of services rendered), and Memorandum of Law.

Dated:  Woodbury, New York
            December 17, 2007

Respectfully Submitted,

/s/_____
Aba Heiman, Esq. (AH 3728)
*Attorney for Jerry Heiman*
1523 Tyler Avenue
East Meadow, N.Y. 11554
(516) 496-0400 x 4405