Curriculum Vitae

# Aba Heiman, Esq.

Fusco, Brandenstein & Rada, P.C.
180 Froehlich Farm Boulevard
Woodbury, New York 11797
(516) 496-0400  Ext. 4405

**EDUCATION**:

       **TOURO COLLEGE, JACOB D. FUCHSBERG LAW CENTER**
       J.D., December 1987, **Cum Laude**
       Member of the **Law Review**
       Recipient of **AmJur** Award for Legal Research and Writing, 1985

       **HOFSTRA UNIVERSITY**
       M.A., English Literature, 1974
       Thesis - D.H. Lawrence

       **LEHMAN COLLEGE, CUNY**
       B.A., History, 1971

**EMPLOYMENT**:

4/88 to      **FUSCO, BRANDENSTEIN & RADA, P.C.,**
Present         (formerly Scheine, Fusco, Brandenstein & Rada, P.C.)
           Woodbury, New York
              <u>*Member of the firm*</u>

           Disability Income insurance claims and litigation in state courts;
           Long Term Disability claims and litigation in federal courts (ERISA); and
           Administrative hearings and federal court appeals in Social Security claims.

6/12/06     <u>*Expert Witness*</u> *(at collateral source hearing) o/b/o plaintiff in*
           *French v. Schiavo and Technical Mechanical Services, Inc.*
           Supreme Court, State of New York, New York County
           Index No. 100207/98 (Judge Stackhouse)

4/97        **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN**
to          **SERVICES, CENTERS FOR DISEASE CONTROL AND PREVENTION**
7/00        <u>*Committee Member, Chronic Fatigue Syndrome Coordinating Committee*</u>
           (appointed by Donna Shalala, Secretary of Health and Human Services)

           Meetings (usually in Washington, D.C.) to receive public comment, confer with members (Surgeon General of the United States, physicians from the FDA, SSA, CDC, NIH, and leading clinical researchers in the field), to advise the Secretary about CFS.

Aba Heiman, Esq.
Curriculum Vitae

- Page 2 -

| | |
|---|---|
| 02/87 to 04/88 | **HAYT, HAYT & LANDAU, Great Neck, New York** <u>Legal Assistant</u> |

Develop procedures and policies for a new Social Security Disability Department; drafted motions, complaints, and memoranda in various fields of law for partners in offices located in several states.

| | |
|---|---|
| 03/74 to 02/87 | **SOCIAL SECURITY ADMINISTRATION** <u>Claims Representative</u> |

Determine entitlements; field investigations; interviews; systems troubleshooting.
*Superior Performance Awards*, March 1984 and January 1986
*High Quality Increase Award*, November 1978

**BAR ADMISSIONS**:

> States of New York, New Jersey, and Massachusetts
> U.S. District Courts for the Eastern, Southern and Northern Districts of
>     New York, and the Districts of New Jersey and Massachusetts
> U.S. Courts of Appeals for the Second and Third Circuits
> U.S. Supreme Court

**PROFESSIONAL ASSOCIATIONS**:

> *New York State Bar Association*
> *National Organization of Social Security Claimants' Representatives*

**LEGISLATION**

> Proposed revision of ERISA 29 U.S.C. §1132(e) to require *de novo* review by federal courts, discussed with Congresswoman Carolyn McCarthy and her legal staff, until HR 2622 was introduced by her on June 7, 2007.

**PUBLICATIONS**:

> Heiman, "<u>Disability Income and Long Term Disability Benefits</u>" Nassau
>     County PBA NEWSLETTER, Jan. and Feb. 2000 (two-part series)

> Heiman, <u>On Social Security Disability</u>, New Jersey Chronic Fatigue
>     Syndrome Association NEWSLETTER, 5 (December 1995)

> Heiman, <u>Who Will Speak for the Disabled?</u>, CFIDS Chronicle 64-65 (Summer 1995)

> Heiman, Letter to Editor, *New York State Bar Journal*, Jan. 1993, pp. 4 and 47

> Heiman, <u>The Weight of Chiropractic Evidence in Social Security Disability
>     Determinations</u>, 39 Social Security Reporting Service 763-71 (1993)

Aba Heiman, Esq.
Curriculum Vitae
- Page 3 –

Heiman, <u>Non-solicitation and Cease and Desist Orders Against Real Estate Brokers in New York</u>, 15 Fordham University Urban Law Journal 595-624 (1987)

Heiman, <u>The Salerno Challenge to the Bail Reform Act of 1984</u>, 4 Touro Law Review 133-59 (1987)

Heiman, <u>Aliens Under Social Security, Medicare and Supplemental Security Income</u>, 19 Social Security Reporting Service 777-812 (1987)

Heiman, <u>Avoiding Cessation While Returning to Work</u>, 18 Social Security Reporting Service 955-72 (1987)

**SELECTED PROFESSIONAL PRESENTATIONS:**

*National Organization of Social Security Claimants' Representatives*
"Long-Term Disability & Disability Income Insurance Claims - Update 2000"
Westin Hotel, Seattle, Washington
October 20, 2000

*American Conference Institute: Litigating Disability Insurance Claims*
"ERISA: Friend or Foe"
Fairmont Copley Plaza, Boston, Massachussets
June 22, 2000

*New Jersey Chronic Fatigue Syndrome Association*:
Sixth Annual Patient Conference
"CFS in Social Security and Long Term Disability Insurance Claims"
Robert Wood Johnson Hospital, New Brunswick, New Jersey
April 8, 2000

*WGBB Radio* at 1240 AM: *LABOR LINES*
"Private and Employer-Sponsored Long Term Disability Policies and Their Pitfalls"
October 15, 1999 at 11:00 P.M.
October 16, 1999 at 6:30 P.M.

*New York State Society of Certified Public Accountants*
"Social Security Planning"
Equinox Hotel, Manchester Village, Vermont
June 6, 1999

Aba Heiman, Esq.
Curriculum Vitae
- Page 4 –

*National Organization of Social Security Claimants' Representatives*
"Questionable Retirement Claims"

        J.W. Marriott Hotel, Washington, D.C.
        April 23, 1999

*Long Island Society of the ICFP* (Certified Financial Planners)
    "Disability Insurance: Concerns for the Advisor"
        Huntington Hilton Hotel, New York
        September 15, 1998

*FMS Resources Group, Ltd.*
    "Disability and Fibromyalgia"
        New York Hilton Hotel, New York City
        May 23, 1998

*National Organization of Social Security Claimants' Representatives*
    "Disability Income and Long-Term Disability Claims"
        J.W. Marriott Hotel, Washington, D.C.
        April 3, 1997

*Lupus Foundation of America*
    "Disability and Lupus"
        Montefiore Hospital, Bronx, New York
        October 11, 1995

*New York State Bar Association*
    "Handling the Social Security Disability Case"
        Marriott Hotel, Uniondale, New York
        May 5, 1995

**PROFESSIONAL CONFERENCES ATTENDED:**

*National Organization of Social Security Claimants' Representatives*

Marriott Copley Place, Boston, Massachussetts – April 2006
Marriott Downtown, Philadelphia, Pennsylvania – November 2004
Hyatt Regency, San Francisco, California – November 2002
J.W. Marriott, Washington, D.C. – April of 2001, 1999, 1997, and 1995
Westin Hotel, Seattle, Washington - October 2000
Marriott Rivercenter Hotel, San Antonio, Texas - November 1998

*American Bar Association*
    "Blueprint for Disability Law and Policy"
        Renaissance Marriott Hotel, Washington, D.C. - June 17 - June 19, 1998