UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
ACCESS 4 ALL, INC. and
NELSON M. STERN,

                    Plaintiffs,          07-CV-2923(LBS)

    v.

ULSTER HEIGHTS PROPERTIES, INC.,

                    Defendants.
------------------------------------------------------

MEMORANDUM OF LAW

IN SUPPORT OF A MOTION FOR ATTORNEY FEES
BY DISMISSED DEFENDANT, JERRY HEIMAN

                                         By: Aba Heiman, Esq.
                                         1523 Tyler Avenue
                                         East Meadow, New York 11554