UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

| | |
|---|---|
| ACCESS 4 ALL, INC. and<br>NELSON M. STERN, | AFFIDAVIT OF SERVICE |
| Plaintiffs, | 07-CV-2923(LBS) |
| v. | |
| ULSTER HEIGHTS PROPERTIES, INC., | |
| Defendants. | |

----------------------------------------------------

STATE OF NEW YORK)
        :ss
COUNTY OF NASSAU)

    Belinda Torres, being duly sworn, say: I am not a party to this action, am over 18 years of age and reside at Medford, New York. On the 17th day of December 2007, I served a Motion for Attorney Fees with Affirmation and Petition by dismissed defendant Jerry Heiman upon:

        Nelson M. Stern, Esq.  &amp;  Lawrence A. Fuller, Esq.
        964 Third Ave., 5th Fl.      Fuller, Fuller &amp; Assoc., PA
        New York, NY 10155       12000 Biscayne Blvd., #609
                                          North Miami, FL 33181

by first class mail.

                                                  _____
                                                  Belinda Torres

Sworn to before me this
17th of December 2007

_____
Notary Public