ENVELOPE

ROCKLAND COUNTY, NEW YORK
Edward Gorman
RECORDING CERTIFICATE

INSTRUMENT ID: 1998-00038213

Type of Instrument: DEED

HEIMAN/MAX-ESTATE OF
   TO
HEIMAN/ABA

Received From: GRANITE TITLE INSURANCE AGENCY
155 NORTH MAIN ST
NEW CITY                    NY 10956-

Recording Charge:           56.00    Recording Pages:    5

** EXAMINED AND CHARGED AS FOLLOWS : **
** MTG/DEED AMOUNT **
** TRANSFER TAX **                                  .00
    .00

                                    Mortgage#:
RS#:    165
                            Received Tax on Above Mortgage
                                         Basic:          .00
Original ID#:                        Special Addl:       .00
                                       Additional:       .00
Town:                           Mortgage Tax Total:      .00

Total Recording Fees:       56.00

** THIS PAGE IS PART OF THE INSTRUMENT **

I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING WAS RECORDED IN THE
CLERK'S OFFICE FOR ROCKLAND COUNTY, NEW YORK

    INSTRUMENT ID#: 1998-00038213
ON (Recorded Date): 08/07/98
        AT (Time): 10:05
      Terminal ID:    114




EDWARD GORMAN
County Clerk



EXHIBIT
A

98-38

R&R

National Granite Title
Insurance Agency, Inc.
155 North Main Street
New City, NY 10956

THIS INDENTURE, made the 13 day of July, 1998,

BETWEEN    ABA HEIMAN, as Executor under the Last Will & Testament
of MAX HEIMAN, late of 3500 Mystic Point Drive,,
Aventura, FL, deceased, party of the first part; and

ABA HEIMAN and JERRY HEIMAN, residing at
1523 Tyler Avenue, E. Meadow, NY 11554 and
1529 E. 96th Street, Brooklyn, NY 11236, respectively,
as Tenants in Common, parties of the second part,

WITNESSETH, that the party of the first part, by virtue of the power and authority given in and by said Last Will and Testament of MAX HEIMAN, and in consideration of TEN Dollars, lawful money of the United States, paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever, all of the party of the first part's right, title interest and claim in and to

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the State of New York, County of Rockland, Town of Orangetown, more particularly described on Schedule "A" annexed hereto and made a part hereof, and intending to be the decedent's interest in the property described in Liber 834, Page 964 of Deeds, which was conveyed on October 31, 1977 by BBH&L Holding Corp. to Abraham Baum, Morris Baum, Benjamin Lehrer and the deceased, being and intended to be the premises known and designated as 65 Dutch Hill Road and 75 Dutch Hill Road, Orangeburg, NY.

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof,

TOGETHER with the appurtenances, and also all the estate which the said decedent had at the time of decedent's death in said premises, and also the estate therein, which the party of the first part has or has power to convey or dispose of, whether individually, or by virtue of said will or otherwise,

TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

s:\...\3044\deed2.exe

File#:199800038213

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

ESTATE OF MAX HEIMAN

By: _____
ABA HEIMAN, Executor

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF Queens   )

On the 13 day of July, 1998, before me personally came ABA HEIMAN, to me known, who, being by me duly sworn, did depose and say that he resides at No. 1523 Tyler Avenue, E. Meadow, NY; that he is the Executor of the Last Will and Testament of Max Heiman; that he signed his name by like order.

_____

MARIA EVANGELISTA
Notary Public, State of New York
No. 41-4729018
Qualified in Queens County
Commission Expires Nov. 30, 19____

s:\...\3044\deed2.exe

File#:199800038213

## SCHEDULE "A"

### DESCRIPTION OF DEMISED PREMISES

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Orangetown, County of Rockland and State of New York, as shown on a survey of lands of Prel Corporation (Shopping Center Area) prepared by Michael M. Burris, P.E. and dated October 22, 1963, revised February 3, 1964, as PARCEL NUMBER 5, being more particularly bounded and described as follows:

### PARCEL NUMBER 5

Starting at the intersection of the southerly sideline of Orangeburg Road and the easterly sideline of Avenue "B" hereinafter called the point of beginning, thence

(1) Easterly along the southerly sideline of Orangeburg Road on a bearing of N. 82° 50' 25" E. a distance of 176.15 feet (New England Survey) hereinafter to be referred to as N.E.S. N. 82° 55' 15" E. a distance of 177.69 feet (computed) to an angle point, thence

(2) Still easterly N. 82° 15' 03" E. a distance of 515.76" (N.E.S.); N. 82° 19' 45" E. a distance of 512.99 feet (computed) to a point of curve, thence

(3) On a curve to the right with a radius of 25.00 feet, a delta of 90° 31' 31" and a length of arc of 39.50 feet (N.E.S.); a radius of 25.00 feet, a delta of 90° 16' 15" and a length of arc of 39.39 feet (computed) to a point of tangency in the westerly sideline of Oak Street, thence

(4) Southerly along the westerly sideline of Oak Street on a bearing of S. 7° 13' 26" E., a distance of 229.80 feet (N.E.S.); S. 7° 24' 00" E. a distance of 229.67 feet (computed) to a point and corner, thence

(5) Westerly on a bearing of S. 82° 46' 34" W. (N.E.S.); S. 82° 36' 00" W. (computed) a distance of 125.00 feet to a point and corner, thence

(6) Southerly on a bearing of S. 7° 13' 26" E. (N.E.S.); S. 7° 24' 00" E. (computed) a distance of 251.00 feet to a point and corner, thence

(7) Easterly on a bearing of N. 82° 46' 34" E. (N.E.S.); N. 82° 36' 00" E. (computed), a distance of 125.00 feet to a point in the westerly right-of-way line in Oak Street, thence

(8) Southerly along said Oak Street on a bearing of S. 7° 13' 26" E. a distance of 61.00 feet (N.E.S.); S. 7° 24' 00" E. a distance of 60.89 feet (computed) to a point and corner, thence

(9) Westerly on a bearing of S. 82° 46' 34" W. (N.E.S.); S. 82° 36' 00" W. (computed) a distance of 100.00 feet to a point and corner, thence

(10) Southerly on a bearing of S. 7° 13' 26" E. (N.E.S.); S. 7° 24' 00" E. (computed) a distance of 134.00 feet to a point and corner, thence

(11) Easterly on a bearing of N. 82° 46' 34" E. a distance of 98.25 feet (N.E.S.); N. 82° 36' 00" E. a distance of 98.19 feet (computed) to a point and corner in the westerly right-of-way line of Oak Street, thence

(12) Southwesterly along Oak Street on a bearing of S. 7° 43' 34" W. a distance of 209.91 feet (N.E.S.); S. 8° 05' 40" W. a distance of 210.12 feet to a point and corner at the intersection with the northerly sideline of Highview Avenue, thence

(13) Westerly along the northerly sideline of Highview Avenue on a bearing of S. 85° 49' 16" W. a distance of 32.43 feet (N.E.S.); a distance of 32.63' (computed) to a point and corner, thence

- 1 -

LIBER 834 PAGE 965

(14) Northerly on a bearing of N. 4° 10' 44" W. a distance of 100.04 feet to a point and corner, thence
(15) Westerly on a bearing of S. 85° 49' 16" W. a distance of 61.00 feet to a point and corner, thence
(16) Northerly on a bearing of N. 4° 10' 44" W. a distance of 86.00 feet to a point and corner, thence
(17) Westerly on a bearing of S. 85° 49' 16" W. a distance of 60.00 feet to a point and corner, thence
(18) Southerly on a bearing of S. 4° 33' 06" E. (N.E.S.); S. 4° 26' 00" E. (computed) a distance of 186.23 feet to a point and corner in the northerly right-of-way of Highview Avenue, thence
(19) Westerly along said Highview Avenue on a bearing of S. 85° 26' 54" W. (N.E.S.); S. 85° 34' 00" W. (computed) a distance of 60.00 feet to a point and corner, thence
(20) Northerly on a bearing of N. 4° 33' 06" W. (N.E.S.); N. 4° 26' 00" W. (computed), a distance of 144.00 feet to a point and corner; thence
(21) Westerly on a bearing of S. 85° 26' 54" W. (N.E.S.), S. 85° 34' 00" W. (computed), a distance of 80.00 feet to a point and corner, thence
(22) Southerly on a bearing of S. 4° 33' 06" E. (N.E.S.), S. 4° 26' 00" E. (computed), a distance of 144.00 feet to a point and corner on the northerly right-of-way line of Highview Avenue, thence
(23) Westerly along said Highview Avenue on a bearing of S. 85° 26' 54" W. (N.E.S.); S. 85° 34' 00" W. (computed) a distance of 139.10 feet to a point and corner, thence
(24) Northerly on a bearing of N 4° 33' 06" W. (N.E.S.); N. 4° 26' 00" W. (computed), a distance of 157.20 feet to a point and corner, thence
(25) Westerly on a bearing of S. 81° 18' 58" W. (N.E.S.); S. 81° 26' 04" W. (computed), a distance of 137.00 feet to a point and corner, thence
(26) Southerly on a bearing of S. 1° 11' 58" W. a distance of 22.86 feet (N.E.S.); S. 1° 19' 04" W. a distance of 22.44 feet (computed) to a point and corner, thence
(27) Westerly on a bearing of S. 85° 26' 54" W. a distance of 87.32 feet (N.E.S.); S. 85° 34' 00" W. a distance of 92.59 feet (computed) to a point and corner, thence
(28) Southerly on a bearing of S. 4° 33' 06" E. (N.E.S.); S. 4° 26' 00" E. (computed), a distance of 125.00 feet to a point and corner on the northerly right-of-way of Highview Avenue, thence
(29) Westerly along said Highview Avenue on a bearing of S. 85° 26' 54" W. a distance of 118.95 feet (N.E.S.); S. 85° 34' 00" W. a distance of 117.64 feet (computed) to a point and corner at the intersection with the easterly sideline of Avenue "B", thence
(30) Northerly along the easterly sideline of Avenue "B" on a bearing of N. 4° 30' 55" E. a distance of 49.90 feet (N.E.S.); 48.97 feet (computed) to a point of curve, thence
(31) Still northerly along said Avenue "B" on a curve to the left with a radius of 5779.65 feet, a delta of 8° 08' 25.5", a length of arc of 822.71 feet (N.E.S.), a length of arc of 821.15 feet (computed) to the point or place of beginning.

Containing 13.142 acres more or less.

EXCLUDING THEREFROM Parcel A and Parcel C, which are described below:

PARCEL A: Starting at a point at the intersection of Avenue B and Highview Avenue and proceeding therefrom 117.64 feet along the southerly side of Highview Avenue to a point; then proceeding North along a line which is the westerly border of Parcel 086 as shown on the aforementioned survey, approximately 125 feet to a point; thence West parallel with the northerly line of Highview Avenue to the easterly line of Avenue B; thence South along the westerly line of the parcel described as Parcel Number 5 to the point or place of beginning.

PARCEL C: Parcel C shall be a parcel having a length of 200 feet along the easterly side of Avenue B and a width of 150 feet, the northerly border of which shall commence 200 feet from the southerly border of Orangeburg Road.

BEING AND INTENDED TO BE the same premises described in a certain Memorandum of Lease dated March 4, 1966 between ABRAHAM BAUM, MORRIS BAUM, MAX HEIMAN and BENJAMIN LEHRER, and ALLAN V. ROSE, which Memorandum was recorded in the Office of the Clerk of Rockland County on March 10, 1966, in Liber 806 of Conveyances, at page 114.

File#:199800038213