## Tom B. Bacon

**From:** Tom B. Bacon [tbb@fullerfuller.com]
**Sent:** Monday, June 25, 2007 2:24 PM
**To:** 'aheiman@fbrlaw.com'
**Subject:** Access 4 All v. Heiman

Dear Mr. Heiman:
I have attached hereto a proposed stipulation for dismissal of the above-referenced action against you and your brother. Since you already entered an appearance, your consent is necessary for a continuance of the initial pretrial conference. Please review both documents carefully and let me know whether you consent to our signing your name on your behalf and filing the documents with the Court.
Regards,

Thomas B. Bacon, Esquire
12000 Biscayne Blvd.
Suite 609
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505


EXHIBIT D

6/25/2007

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 609
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: LFuller@FullerFuller.com

June 26, 2007

The Honorable Leonard B. Sand
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room, 1650
New York, NY 10007

Re:  *Access 4 All, Inc. et al. v. Aba Heiman and Jerry Heiman*
     *Case No. 1:07-cv-2923-LBS; Our File No. 3849-NY*

Dear Judge Sand:

The above-referenced action has been scheduled for initial pretrial conference on July 9, 2007, at 10:00 am. Plaintiffs and Defendants Aba Heiman and Jerry Heiman are simultaneously herewith filing a Stipulation To Dismiss the Heimans as Defendants, and this action remains open against Defendant Ulster Heights Properties, Inc. Ulster Heights has not yet filed any appearances. Therefore, we jointly request that the initial pretrial conference be adjourned thirty days to allow additional time.

Very truly yours,

FULLER, FULLER & ASSOCIATES, P.A.

/s/ Thomas B. Bacon
Attorney for Plaintiffs

_____
Aba Heiman
Attorney for Defendants Aba and Jerry Heiman

3849-Judge letter (tbb 5.25.07).wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually, | : <br> : <br> : <br> : |
| Plaintiffs, | : Case No. 1:07-cv-2923 <br> : |
| v. | : Judge Leonard B. Sand <br> : Magistrate Judge Frank Maas |
| ABA HEIMAN and JERRY HEIMAN, individuals, and ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation, | : <br> : <br> : <br> : |
| Defendants. _____/ | |

## STIPULATION TO DISMISS AGAINST AGAINST DEFENDANTS ABA AND JERRY HEIMAN

Plaintiffs, and Defendants Aba Heiman and Jerry Heiman, by and through their respective counsel, hereby stipulate to the dismissal without prejudice of the within action against Defendants Aba Heiman and Jerry Heiman. Ulster Heights Properties, Inc., which has not yet filed any appearance or response in this action, remains as a party defendant.

Respectfully Submitted,

By: _____
Aba Heiman
1523 Tyler Ave.
East Meadow, NY 11554
(516) 496-0400 x 4405
Attorney for Defendants Aba Heiman and Jerry Heiman

Nelson M. Stern, Esquire (NS8646)
NELSON M. STERN ATTORNEY AT LAW
Counsel for Plaintiff Access 4 All, Inc.
964 Third Ave., 5th Floor
New York, NY 10155
(212) 223-8330; (212) 371-2131 - Facsimile
scooterlawyer@aol.com

and

Lawrence A. Fuller, Esquire (LF5450)
FULLER, FULLER & ASSOCIATES, P.A.
Co-Counsel for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile
lfuller@fullerfuller.com

By: __/s/ Lawrence A. Fuller_____
    Lawrence A. Fuller, Esquire

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually, | : : : : |
| Plaintiffs, | : Case No. 1:07-cv-2923 : |
| v. | : Judge Leonard B. Sand : Magistrate Judge Frank Maas |
| ABA HEIMAN and JERRY HEIMAN, individuals, and ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation, | : : : : |
| Defendants. _____/ | |

## STIPULATION

Upon consideration of the Stipulation for dismissal of this action against Defendants Aba Heiman and Jerry Heiman, and it appearing there is good cause for the same, it is hereby Ordered that said motion is granted and this action is dismissed against Aba Heiman and Jerry Heiman without prejudice. The caption shall hereinafter be amended to reflect that Ulster Heights Properties, Inc. remains the only defendant.

Done and Ordered in Chambers, Manhattan, New York this _____ day of _____, 2007.

_____
United States District Judge

3