UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| ACCESS 4 ALL, INC. and<br>NELSON M. STERN, | STIPULATION AS TO<br>MOTION FOR COUNSEL FEES |
| Plaintiffs, | 07-CV-2923(LBS) |
| v. | |
| ULSTER HEIGHTS PROPERTIES, INC., | |
| Defendants. | |

-----------------------------------------------------------

The plaintiffs, Access 4 All, Inc., and Nelson M. Stern, Esq., by their attorneys, *Fuller, Fuller & Associates*, and Jerry Heiman, a dismissed defendant, by his attorney, *Aba Heiman, Esq.*, do hereby Stipulate and Agree that they have in good faith discussed settlement as to Jerry Heiman's motion for counsel fees, but have irreconcilable differences and cannot settle the matter between them, therefore, as their arguments are presently before this Court and discussed in their respective memoranda of law and other supporting motion papers, we do hereby request, in accordance with this Court's direction, that a ruling be made as to the pending motion for counsel fees and an order issued for the Clerk to enter judgment accordingly. Respectfully,

Fuller, Fuller & Assoc.
*Attorneys for Plaintiffs*
12000 Biscayne Blvd. # 609
North Miami, FL 33181
305-893-9505

By: Thomas B. Bacon, Esq.

Aba Heiman, Esq.
*Attorney for Jerry Heiman*
1523 Tyler Avenue
East Meadow, NY 11554
516-496-0400

Aba Heiman, Esq. (AH 3728)