**Service of Process:**
1:07-cv-02923-LBS Access 4 All, Inc. v. Stern et al
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Bacon, Thomas on 1/31/2008 at 1:44 PM EST and filed on 1/31/2008
**Case Name:**      Access 4 All, Inc. v. Stern et al
**Case Number:**    1:07-cv-2923
**Filer:**          Access 4 All, Inc.
                    Nelson M. Stern
**Document Number:** 17

**Docket Text:**
**SUMMONS RETURNED EXECUTED Summons and Amended Complaint served. Ulster Heights Properties, Inc. served on 6/29/2007, answer due 7/19/2007. Service was accepted by Dana Christie, authorized agent of the New York Department of State. Document filed by Access 4 All, Inc.; Nelson M. Stern. (Bacon, Thomas)**

**1:07-cv-2923 Notice has been electronically mailed to:**

Thomas Burns Bacon     tbb@fullerfuller.com

Lawrence Arthur Fuller     Lfuller@FullerFuller.com, alh@fullerfuller.com

Aba Heiman     aheiman@fbrlaw.com

Nelson Michael Stern     scooterlawyer@aol.com

**1:07-cv-2923 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/31/2008] [FileNumber=4228925-0
] [a37786fc347e0df0faa10852c2c8d4bca4a2b37599a2625a1a9054d9f906ab8db8a
3f1887302281d6d4a9007d0798f125ea61fd41eb8043c00193d855935f9d2]]

EXHIBIT A

(212) 619-0728  **UNITED PROCESS SERVICE, INC**  E-Mail: info@unitedprocess.com
FAX: (212) 619-2288
THIRD FLOOR
315 BROADWAY
NEW YORK, NY 10007-1121
Web: www.unitedprocess.com

Date Received   06/01/07

FULLER, FULLER & ASSOCIATES, P.A.   Client Code 6289   ~~DAN KNIGHT~~ AVERY
12000 BISCAYNE BOULEVARD   (305) 891-5199
SUITE 609   Index # 1:07-CV-2923-LBS
N. MIAMI, FL 33181
ATTN: SU LIN MACLAFFERTY

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Invoice #   441655
Date Purchased   05/14/07
120 Day   09/11/07

Plaintiff: ACCESS 4 ALL, INC., A FLORIDA NOT-FOR-PROFIT CORPORATION, ETANO

Defendant: ABA HEIMAN, ETAL

Copies   Yes

Recipient(s):

1) ULSTER HEIGHTS PROPERTIES, INC., A   SUMMONS AND AMENDED COMPLAINT;
   NEW YORK CORPORATION                ORDER FOR INITIAL PRE-TRIAL
                                       CONFERENCE

Location:
Business: C/O ANDREW STOLLER, ON BEHALF OF
THE ENTITY
260 N. MAIN STREET
SPRING VALLEY, NY 10977

SERVED Date: 6/29  Time: 0830  Serve Sec'y of State ✓  Adv. Fee 6/18  Att. Sending _____
New Address _____
Served on: Dc-_____   Title/Relationship _____
Desc: Sex:___ Skin Color___ Hair Color___ Approx Age___ Height___ Weight___

Remarks: SERVE BY 06/15/07  6/30/07
USE AFFIDAVIT PROVIDED
SENT TO UPS VIA FEDERAL EXPRESS

(RES. APT. BLDG)

**REASON FOR RETURN**
UNKNOWN___ MOVED___ NEED APARTMENT # X
NO SUCH NUMBER___ NO LONGER EMPLOYED___
HELD AWAITING INSTRUCTIONS___ OUT OF BUSINESS___
**POSTAL SEARCH**
NO CHANGE OF ADD___ UNKNOWN AT ADDRESS GIVEN___   CODE B CHARGE 37  CODE___ CHARGE___
MOVED, NO FWD ADD___ FORWARDING ORDER EXPIRED___   CODE FA CHARGE 40  CODE___ CHARGE___
**MOTOR VEHICLE SEARCH**                             CODE CAT CHARGE 7  CODE___ CHARGE___
D.O.B, VIN OR PLATE #_____                           CODE A CHARGE 55  CODE___ CHARGE___
NO HIT___ SAME ADDRESS___ NEW ADDRESS___

DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually,

    Plaintiffs,

v.

ABA HEIMAN and JERRY HEIMAN, individuals, and ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation,

    Defendants.

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** 1:07-cv-2923-LBS

To: (Name and address of Defendants)

**ULSTER HEIGHTS PROPERTIES, INC.**
c/o Andrew Stoller, on behalf of the entity
260 N. Main St.
Spring Valley, NY 10977

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Lawrence A. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199

Nelson M. Stern, Esq.
Nelson M. Stern Attorney at Law
964 Third Ave., 5th Floor
New York, NY 10155
(212) 223-8330

an answer to the Amended Complaint which is herewith served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
Clerk

*Marcos Quintero*
(By) Deputy Clerk

MAY 1 4 2007
Date

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/29/07 |
| NAME OF SERVER (Print) Steven C. Avery | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the Defendants. Place where served: Secretary of State Albany, NY

☐ Left copies thereof at the Defendants's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Donna Christie who is authorized to accept on behalf of the New York Secretary of State. F/W/BRO/35/5'8"/140. Served under section 306 of the business corporation law and tendering required $40 fee

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/3/07
Date

X _[signature]_ Steven C. Avery
Signature of Server

93 West Sand Lake Rd.
Wynantskill, NY 12198
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.