UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED FEB 06 2008 By 3849-NY

ACCESS 4 ALL, INC., a Florida Not-For-Profit
Corporation, and NELSON M. STERN,
Individually,

      Plaintiffs,

v.

ULSTER HEIGHTS PROPERTIES, INC., a
New York Corporation,

      Defendant.

Case No. 1:07-cv-2923

Judge Leonard B. Sand
Magistrate Judge Frank Maas

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 12, 2007, and an Amended Complaint was filed on May 14, 2007, and a copy of the summons and Amended Complaint was served on defendant, Ulster Heights Properties, Inc., by serving Donna Christie who is authorized to accept service on behalf of the New York Secretary of State on behalf of Defendant and proof of such service was filed on Jan 31, 2008 ~~July 30, 2007~~.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default on the defendant is hereby noted.

Dated: New York, New York

Feb 4, 2008

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk



EXHIBIT C