UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ACCESS 4 ALL, INC., a Florida Not-For-
Profit Corporation and NELSON M. STERN
                    plaintiffs,
          vs
ULSTER HEIGHTS PROPERTIES, INC., a N.Y. Corp.
                    Defendant,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 2923 LBS ( )( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ **General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ **Specific Non-Dispositive Motion/Dispute:**\*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ **Settlement**\*

x x **Inquest After Default/Damages Hearing**
(Aba and Jerry Heiman may seek to recover attorney fees pursuant to 42 U.S.C. §ect. 12205)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         5/20/08

_____
United States District Judge