UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-For-Profit Corporation, and NELSON M. STERN, Individually, : : : : Plaintiffs, : : v. : : ULSTER HEIGHTS PROPERTIES, INC., a New York Corporation, : : : Defendants. : _____/ | Case No. 1:07-cv-2923 Judge Leonard B. Sand Magistrate Judge Frank Maas |

### PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT ORDER.

PLAINTIFFS hereby file this Notice of Compliance with the Default Judgment entered by the Court [DE 18-2], which required them to serve the Default Judgment upon the Defendant, Ulster Heights Properties, Inc. by certified mail.

The documents attached hereto as Composite Exhibit A were sent to the registered agent at the address listed in the records maintained by Defendant with the New York Secretary of State. The letter was returned, as the registered agent has vacated the address. After investigation, the undersigned counsel certifies that all attempts have been made to locate Defendant, but that all contact information for Defendant, its officers and registered agent, are concealed.

Respectfully Submitted,

Nelson M. Stern, Esquire (NS8646)
NELSON M. STERN ATTORNEY AT LAW
Counsel for Plaintiff Access 4 All, Inc.
964 Third Ave., 5th Floor
New York, NY 10155
(212) 223-8330; (212) 371-2131 - Facsimile
scooterlawyer@aol.com

-2-

      and

      Lawrence A. Fuller, Esquire (LF5450)
      Thomas B. Bacon, *pro hac vice*
      FULLER, FULLER & ASSOCIATES, P.A.
      Co-Counsel for Plaintiffs
      12000 Biscayne Blvd., Suite 609
      North Miami, FL 33181
      (305) 891-5199
      (305) 893-9505 - Facsimile
      lfuller@fullerfuller.com

      By:   /s/ Thomas B. Bacon
      Thomas B. Bacon, Esquire