Lawrence A. Fuller

## VERIFICATION

STATE OF FLORIDA          )
                          )
COUNTY OF MIAMI-DADE      )

BEFORE ME, the undersigned authority, personally appeared this day LAWRENCE A. FULLER, who acknowledged to and before me that he executed the foregoing Plaintiff's Verified Application for Attorneys' Fees, Litigation Expenses and Costs and Incorporated Memorandum of Law, for the purposes contained therein and the facts alleged therein are true to the beset of his knowledge and belief.

WITNESS my hand and seal in the County and State last aforesaid this 10ᵗʰ day of June, 2008.

NOTARY PUBLIC - State of Florida at Large



Alicia S. Lamar-Hepburn
Commission # DD562415
Expires June 11, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019

- 18 -