Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181

Invoice submitted to:

June 09, 2008

In Reference To: dba Prel Plaza, 60 Dutch Hill Reviewing discovery., Orangeburg, N.Y.

Invoice #10731

Professional Services

|  |  | Hours | Amount |
|---|---|---:|---:|
| **LAF** | | | |
| 11/27/2006 | Phone call(s) with Mr Stern | 0.30 | 127.50 |
| 11/28/2006 | Phone call(s) with Mr DFiPalma | 0.20 | 85.00 |
|  | Phone call(s) with Mr Durbin | 0.30 | 127.50 |
| 12/14/2006 | Reviewing initial report of ADA Investigations dated 12/06/06 (.5); Reviewing ADAAG (.2) | 0.70 | 297.50 |
| 12/15/2006 | Phone call(s) with Ms Durbin regarding report of 120606 | 0.40 | 170.00 |
| 12/22/2006 | Phone call(s) with Mr Stern | 0.20 | 85.00 |
|  | Phone call(s) with Mr DiPalma | 0.30 | 127.50 |
| 3/5/2007 | Phone call(s) with Mr Stern | 0.20 | 85.00 |
| 3/12/2007 | Preparing letter to Mr DiPalma | 0.40 | 170.00 |
| 4/6/2007 | Preparing letter to Mr Stern | 0.50 | 212.50 |
|  | Preparing letter to Ms Durbin | 0.40 | 170.00 |
| 11/20/2007 | Phone call(s) with Judge's Clerk | 0.10 | 42.50 |
| 2/21/2008 | Phone call(s) with Mr DiPalma to advise of status of case | 0.20 | 85.00 |


EXHIBIT A-1

Page 2

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 5/20/2008 | Reviewing Order Referring Case to Magistrate | 0.20 | 85.00 |
| | Reviewing Default Judgment | 0.30 | 127.50 |
| 5/26/2008 | Reviewing letter from Courtroom Deputy dated 5/23/08 | 0.20 | 85.00 |
| | SUBTOTAL: | [ 4.90 | 2,082.50] |

TBB

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 12/18/2006 | Reviewing Deed | 0.40 | 140.00 |
| 12/19/2006 | Preparing Complaint & summons | 0.70 | 245.00 |
| 5/9/2007 | Call with Aba Heiman regarding ownership of property, notes to file. | 0.30 | 105.00 |
| | Call with Rockland County Property Assesors Office. | 0.30 | 105.00 |
| | Call with Orangeburg Tax Assessor Office. | 0.20 | 70.00 |
| | Review Rockland County Clerk Website. | 0.30 | 105.00 |
| | Research and review Mortgage betwenn Prel Plaza, Inc. and Ulster Heights. | 0.10 | 35.00 |
| | Research and review confirmatory Memorandum of Lease between Prel Plaza and Empire National. | 0.10 | 35.00 |
| | Research and review Assignment of Lease between Emil Ramat and Prel Plaza. | 0.10 | 35.00 |
| | Research and review Assignment of Lease between Smith Wight and Prel Plaza. | 0.10 | 35.00 |
| | Research and review NY Secretary of State Corporation Database regarding Prel Plaza, Inc. | 0.10 | 35.00 |
| | Research and review negative pledge agreement dated 10/24/95. | 0.10 | 35.00 |
| | Research and review recording certificate from Kleinman Saltzman. | 0.10 | 35.00 |
| | Research and review warrant 2001. | 0.10 | 35.00 |
| | Research and review memorandum of lease with Bank NY. | 0.10 | 35.00 |
| | Research and review termination of lease with Bank of NY. | 0.10 | 35.00 |
| | Research and review instrument LA99-01291317. | 0.10 | 35.00 |
| | Research and review judgment against Colonial Coffee Shop. | 0.10 | 35.00 |
| | Research and review deed from Dutch Hill Assoc. | 0.10 | 35.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/9/2007 | Research and review cancelation lease Dutch Hill. | 0.10 | 35.00 |
| | Research and review Notice of Pendency Dutch Hill. | 0.10 | 35.00 |
| | Research and review Judgment v. Stranger, et al. | 0.10 | 35.00 |
| | Research and review non-payment Ming Wan Chinese Restaurant. | 0.10 | 35.00 |
| | Research and review assignment leasehold interest Prel Plaza, Inc. and Ulster Heights. | 0.10 | 35.00 |
| | PACER Docket Search S.D.N.Y regarding ADA cases against Ulster Heights. | 0.10 | 35.00 |
| | Drafted Amended Complaint to add Ulster Heights Properties, Inc. | 0.10 | 35.00 |
| | Drafted Summons against Ulster Heights Properties, Inc. | 0.30 | 105.00 |
| | Drafted Stipulation and Proposed Order to Amend Complaint. | 0.50 | 175.00 |
| | Correspondence to A. Heiman. | 0.20 | 70.00 |
| 5/11/2007 | Reviewing E-mail from opposing counsel refusing consent to amendment; note to file | 0.20 | 70.00 |
| | Reviewing Federal Rule Civil Proceedure 15 | 0.10 | 35.00 |
| | Revised Motion to amend complaint; Preparing for filing | 0.60 | 210.00 |
| | Preparing letter to A. Heiman regarding Court Order | 0.30 | 105.00 |
| 5/22/2007 | Review Heiman's Answer to Amended Complaint, note to file. | 0.40 | 140.00 |
| 6/18/2007 | Review file regarding status of service. | 0.20 | 70.00 |
| | Accurint search for specific address of registered agent of Ulster Heights. | 0.60 | 210.00 |
| 6/19/2007 | Call to Heiman regarding continuance of pretrial hearing, left message, note to file to follow up. | 0.20 | 70.00 |
| 6/25/2007 | Review message from Heiman, note to file. | 0.10 | 35.00 |
| | Drafted Stipulation to Dismiss and Order. | 0.50 | 175.00 |
| | Drafted letter to Judge for continuance of pretrial conference. | 0.40 | 140.00 |
| | Email correspondence to Heiman regarding stipulation and letter. | 0.30 | 105.00 |
| | Call with Aba Heiman regarding dismissal. | 0.20 | 70.00 |
| 6/27/2007 | Review email from Heiman regarding continuance, notes to file. | 0.30 | 105.00 |

Page 4

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/27/2007 | Drafted email reply to Heiman. | 0.30 | 105.00 |
| | Review second email from Heiman regarding ownership of property. | 0.20 | 70.00 |
| | Email to opposing counsel regarding ownership of property and results of title search. | 0.50 | 175.00 |
| 6/28/2007 | Drafted Motion to Dismiss against Heiman and Proposed Order. | 0.80 | 280.00 |
| | Drafted letter to Judge requesting continuance of hearing. | 0.50 | 175.00 |
| 6/29/2007 | Review Docket confirmation of filing of Motion to Dismiss, note to file. | 0.20 | 70.00 |
| 7/6/2007 | Review of file in preparation for call to Court Deputy. | 0.20 | 70.00 |
| | Call with Deputy regarding status of ruling on request for continuance, note to file. | 0.20 | 70.00 |
| | Drafted letter to judge requesting leave to appear telephonically. | 0.40 | 140.00 |
| | Call from clerk adjourning hearing, note to file. | 0.20 | 70.00 |
| | Call with Heiman regarding adjournment and dismissal. | 0.20 | 70.00 |
| 7/11/2007 | Review correspondence from opposing counsel regarding hearing, note to file. | 0.20 | 70.00 |
| 7/23/2007 | Review file in preparation for Hearing. | 0.70 | 245.00 |
| | Call with process server regarding service on Ulster Heights. | 0.20 | 70.00 |
| | Review process server website to locate Affidavit of Service against Ulster. | 0.20 | 70.00 |
| | Attend telephonic hearing, notes to file. | 0.30 | 105.00 |
| 7/27/2007 | Review Order granting Motion to Dismiss, note to file. | 0.20 | 70.00 |
| | Review Docket entry regarding summons returned unexecuted, note to file. | 0.20 | 70.00 |
| 8/1/2007 | Review file in preparation for call to Andrewd Stoller. | 0.20 | 70.00 |
| | Call with Andrew Stoller, listed as Registered Agent for Ulster Heights, notes to file. | 0.20 | 70.00 |
| | Review Secretary of State database regarding corporate information, review accurint databases, review of title records on property. | 1.40 | 490.00 |
| | Reissued summonses against Ulster Heights at addresses found in additional investigation. | 0.80 | 280.00 |
| 9/17/2007 | Review file regarding service on Ulster Heights, review secretary of state website regarding Ulster's registered agent, notes regarding status of registered agent having abandoned office, return summons. | 0.60 | 210.00 |

Page 5

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 9/17/2007 | Review records regarding possible corporate officers of Ulster Heights and possible locations, draft correspondence to corporate officer and management office of Ulster Heights regarding default. | 1.10 | 385.00 |
| | Revised summonses for possible addresses of corporate officer. | 0.50 | 175.00 |
| | Notes to file to follow up. | 0.10 | 35.00 |
| 10/9/2007 | Review 2 certified letters sent to Ulster Heights returner unclaimed, notes to file, | 0.20 | 70.00 |
| | Review file regarding status of case and absence of response from Ulster Heights. | 0.40 | 140.00 |
| | Prepared Motion for Default against Ulster Heights and proposed order. | 1.70 | 595.00 |
| 11/5/2007 | Review docket report on pacer regarding status of case. | 0.30 | 105.00 |
| | Review file in preparation for call to court. | 0.30 | 105.00 |
| | Call with judge's clerk regarding status of case, notes to file. | 0.20 | 70.00 |
| | Additional internet and telephonic search regarding management office of Prel Plaza. | 0.50 | 175.00 |
| | Several attempts to call management office of Prel Plaza-number busy. | 0.30 | 105.00 |
| | Letter to Judge regarding hearing. | 0.30 | 105.00 |
| 11/6/2007 | Review Order granting leave to appear telephonically, notes to file. | 0.20 | 70.00 |
| 11/20/2007 | Preparing for hearing and meeting with Lawrence A. Fuller regarding hearing | 0.70 | 245.00 |
| | Attending Telephonic hearing | 0.30 | 105.00 |
| | Preparing letter to Judge | 0.40 | 140.00 |
| | Phone call(s) with Judge's clerk regarding default Motion | 0.10 | 35.00 |
| 12/3/2007 | Review Court website regarding affidavit of default requirements. | 0.20 | 70.00 |
| | Call with Judge's clerk regarding status of default requirements. | 0.20 | 70.00 |
| | Call with Judgment Clerk regarding Clerk Certificate of Default. | 0.20 | 70.00 |
| | Drafted Clerk's Certificate of Default. | 0.40 | 140.00 |
| 12/4/2007 | Review correspondence from co-counsel regarding status of default procedure. | 0.10 | 35.00 |
| | Email reply to co-counsel. | 0.10 | 35.00 |
| 12/20/2007 | Drafted opposition to Motion for Attorney fees | 2.30 | 805.00 |

|  |  |  | Page | 6 |
|---|---|---|---:|---:|
|  |  |  | Hours | Amount |
| 1/7/2008 | Call to Judge's clerk regarding upcoming hearing, default motion and motion for attorney fees. |  | 0.20 | 70.00 |
|  | Call with Heiman and court regarding attorney fee motion. |  | 0.70 | 245.00 |
| 1/29/2008 | Review file regarding status of default and in preparation for call to clerk's office. |  | 0.20 | 70.00 |
|  | Call to clerk's office regarding status of default motion, left message, note to file to follow up. |  | 0.10 | 35.00 |
| 2/21/2008 | Review and downloaded forms for entry of default judgment. |  | 0.50 | 175.00 |
| 3/25/2008 | Prepared a Motion for Default Judgment, Affidavit, bill of costs and statement of damages and proposed judgment. |  | 4.30 | 1,505.00 |
| 5/15/2008 | Reviewing file regarding status of Court disposition on Motion for Judgment |  | 0.20 | 70.00 |
|  | Phone call(s) to Deputy regarding status (left message): notes to file |  | 0.20 | 70.00 |
| 6/2/2008 | Starting to Prepare Plaintiff's Verified Application for Attorney's Fees |  | 3.50 | 1,225.00 |
| 6/4/2008 | Continuing to Prepare Fee Application |  | 2.20 | 770.00 |
| 6/9/2008 | Making final changes to Fee Application |  | 1.80 | 630.00 |
|  | SUBTOTAL: | [ | 43.50 | 15,225.00] |
|  | Z-Paralegal |  |  |  |
| 12/29/2006 | Paralegal opening new file / docketing and/or file creation, scanning and/or copying, compiling, set-up new file in computer programs/ maintenance / upkeep, contact with client(s), initiate filing, service |  | 0.60 | 69.00 |
| 4/20/2007 | Paralegal docketing trial orders/scheduling set by Court for case and/or setting up various for trial and/or mediation |  | 0.70 | 80.50 |
| 8/1/2007 | Paralegal -- scanning and electronic filing; docketing; preparation of memorandum to file |  | 0.50 | 57.50 |
| 3/27/2008 | Paralegal -- review default documents prior to electronic filing |  | 0.40 | 46.00 |
|  | SUBTOTAL: | [ | 2.20 | 253.00] |
|  | For professional services rendered |  | 50.60 | $17,560.50 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
|  | **Client Expense** |  |
| 3/16/2007 | Photocopies(JL) | 6.75 |
| 4/6/2007 | Photocopies | 27.90 |
|  | Expert Fee(s) | 2,275.00 |
|  | Title Search | 200.00 |
|  | Filing Fees - Ck.#15166 | 350.00 |
|  | Federal Express Shipment | 11.73 |
| 4/25/2007 | Service of Process - Ck.#15249 | 111.75 |
| 4/30/2007 | Postage | 0.39 |
|  | Photocopies | 9.00 |
| 5/29/2007 | Telephone Charges | 1.81 |
| 5/31/2007 | Postage | 6.75 |
|  | Photocopies | 52.20 |
|  | Federal Express Shipment | 19.38 |
| 6/20/2007 | Federal Express Shipment | 19.82 |
| 6/21/2007 | Filing Fees - Ck.#15333   Pro Hac Vice for Thomas B. Bacon | 25.00 |
|  | Federal Express Shipment | 20.32 |
| 6/25/2007 | Federal Express Shipment | 19.82 |
| 6/27/2007 | Faxing Long-Distance Chrg. | 14.00 |
| 6/29/2007 | Federal Express Shipment | 19.82 |
|  | Service of Process - Ck.#15383 | 139.00 |
| 6/30/2007 | Postage | 11.65 |
|  | Photocopies | 27.00 |
|  | Long Distance Calls | 4.80 |
| 8/1/2007 | Photocopies | 1.35 |

Page 8

| Date | Description | Amount |
|---|---|---|
| 8/24/2007 | Federal Express Shipment | 20.40 |
| 8/27/2007 | Service of Process - Ck.#15403  Service of Summons & Amended Complaint served in St Augustine, Fl | 60.00 |
| 8/31/2007 | Federal Express Shipment | 19.90 |
| | Long Distance Calls | 12.80 |
| 9/30/2007 | Postage | 15.63 |
| | Photocopies | 14.85 |
| 10/16/2007 | Long Distance Calls | 10.00 |
| 10/31/2007 | Photocopies | 0.45 |
| 11/16/2007 | Faxing Long-Distance Chrg. | 20.00 |
| 11/27/2007 | Service of Process - Ck.#15598 | 120.00 |
| 11/30/2007 | Photocopies | 1.80 |
| | Long Distance Calls | 45.40 |
| 12/31/2007 | Photocopies | 17.55 |
| | Long Distance Calls | 19.80 |
| 1/31/2008 | Photocopies | 1.35 |
| | Long Distance Calls | 103.40 |
| 3/31/2008 | Photocopies | 6.30 |
| 4/30/2008 | Photocopies | 6.30 |
| 5/31/2008 | Postage | 5.32 |

SUBTOTAL: [ 3,876.49]

Total costs $3,876.49

Total amount of this bill $21,436.99

Balance due $21,436.99