TIMESHHET ABA Heiman (Ulster Heights)

| DATE | WORK ($425/hr) | TIME | EXPENSES |
|---|---|---|---|
| April 9, 2007 | New case opening services, confirm ADA violations | | 300 |
| April 9, 2007 | Rr initial pleadings, ppr to file, file | 2 | United 20<br>Dup 10<br>Pst .63 |
| April 12, 2007 | Rr filed initial pleadings, file ecf, email fuller need word format, serve | 1 | Internet |
| May 9, 2007 | Rr answer with affirmative defenses, pc ct re initial conf | 1 | |
| May 11, 2007 | Rr amended cmp | .5 | |
| May 26, 2007 | Rr answer to amended cmp | 1 | |
| June 20, 2007 | Rr d initial disclosures | 1 | |
| June 10, 2008 | $425/hr * 6.5 = 2762.50 + 340 = $3,102.50 | 6.5 | 340 |



EXHIBIT A-2