# LAWRENCE A. FULLER
12000 BISCAYNE BLVD., SUITE 609
NORTH MIAMI, FL 33181
(305) 891-5199 (Dade)
(954) 463-6570 (Broward)
(305) 893-9505 Facsimile

BAR MEMBERSHIP:   Florida Bar, 1974
Ohio Bar, 2003
New York Bar, 2003
District of Columbia Bar, 2002
Dade County Bar Association, 1975
American Bar Association, 1975
United States District Court, Southern District of Florida, 1975
United States District Court, Northern District of Florida, 1975
United States District Court, Middle District of Florida, 1985
United States Court of Appeals, 5th Circuit, 1978
United States Court of Appeals, 11th Circuit, 1981
United States District Court, Eastern District of Michigan, 2003
United States District Court, Northern District of Ohio, 2003
United States District Court, District Court of Columbia, 2004
United States District Court, Southern District of New York, 2004
United States District Court, Eastern District of New York, 2004
United States District Court, Western District of New York, 2004
District of Columbia Court of Appeals, 2002

WORK EXPERIENCE:

3/01 to Present:   FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
N. Miami, Florida 33181

Partner - involved in all aspects of general law practice, including emphasis on trial practice, personal injury, wrongful death and appellate practice, and enforcement of Title II and III of the Americans With Disability Act of 1990.

4/90 to 2/01:   FULLER, MALLAH & ASSOCIATES, P.A.
1111 Lincoln Road, Suite 802
Miami Beach, Florida 33139

Partner - involved in all aspects of general law practice, including emphasis on trial practice, personal injury, wrongful death and appellate practice.



EXHIBIT B

| | |
|---|---|
| 1976 thru 1990 | FULLER, FEINGOLD & MALLAH, P.A.<br>1111 Lincoln Road, Suite 802<br>Miami Beach, Florida 33139<br><br>Partner - involved in all aspects of general law practice, including emphasis on trial practice, personal injury, wrongful death and appellate practice. |
| 1975 thru 1976 | STEPHENS, THORTON & SCHWARTZ, P.A.<br>19 West Flagler Street<br>Miami, Florida 33130<br><br>Associate - trial practice, personal injury, wrongful death and appellate practice. |
| 1974 thru 1975 | FLORIDA SUPREME COURT<br>Chief Justice C. Adkins<br><br>Law Clerk |
| 1971 thru 1973 | FULLER AND FEINGOLD, P.A.<br>1684 Meridian Avenue<br>Miami Beach, Florida 33139<br><br>Law Clerk |
| 1969 thru 1971 | HARVARD LAW SCHOOL LIBRARY<br><br>Research Aide |
| EDUCATION: | BOSTON UNIVERSITY<br>Cum Laude Graduate<br><br>UNIVERSITY OF MIAMI, SCHOOL OF LAW, Coral Gables, FL<br>Juris Doctor, 1974 |
| HONORS: | Selected for National Directory of Who's Who in Executives and Professionals 1993-1994; University of Miami Moot Court Board Judge; Phi Delta Phi Legal Fraternity; 1st Place, Freshman Moot Court; 2nd Place, Junior-Senior Moot Court; selected Outstanding Member for Miami Beach Branch of Kiwanis International (1996-1997); Florida Bar Board Certified as a Specialist in Civil Trial Law (1983 - 2006); Kiwanian of the Year Honor for the years 1996, 1997 and 1998 from City of Miami Beach Kiwanis Club; President of Miami Beach Kiwanis Club (1999-2000). |

| | |
|---|---|
| OTHER EXPERIENCE: | Registered Real Estate Salesman; Florida Real Estate Commission; 1972 thru present. |
| PROFESSIONAL ASSOCIATIONS: | Academy of Florida Trial Lawyers (1993 - present); American Bar Association Tort & Insurance Practice Committee (1984 thru present); Director, Miami Beach Bar Association (1984 thru 1990); Dade County Equal Opportunity Board (1992 thru 1994); City of Miami Beach Tourist & Convention Center Expansion Authority (1991 thru 1994); City of Miami Beach Youth Center Advisory Board, (1991 thru 1992); City of Miami Beach Young Professionals Committee (1985 thru 1990); Group Insurance for Members of the Florida Bar Committee (1995 thru 1988); Dade County Bar Association Professional Arbitration Committee (1986 thru 1987); Dade County Bar Association Medical Profession Liaison Committee (1984 thru 1985); City of Miami Beach Board Budget Advisory Committee (1982 thru 1985); Dade County Bar Association Public Relations & Information Committee (1980 thru 1981); Florida Bar Appellate Rules Committee (1978 thru 1980); Dade County Appellate Court Committee (1976 thru 1978); Member, American Bar Association Section of Litigation; City of Miami Beach Convention Center Advisory Board (1994 thru 1997); City of Miami Beach Board of Adjustment (1998-1999); Beach Health Facilities Board (2000); Member, Miami Beach Kiwanis Club (1994 - present); City of Miami Beach Disability Access Committee (2006 - present); Board of Directors of Advocacy Center for Persons With Disabilities. |
| References: | Upon request. |

(Both the firm of Fuller, Fuller & Associates, P.A. and Lawrence A. Fuller are AV rated by Martindale-Hubbell).

W:\WPDocs\A.D.A\#0000 FORMS FOLDER 2008\Resumes\FFA Attorneys\Resume LAF.wpd

## THOMAS B. BACON
### Attorney-At-Law

| | |
|---|---|
| **EDUCATION LEGAL** | The American University, Washington College of Law, J.D. May 1989 |
| **UNDER-GRADUATE** | State University of New York at Albany<br>B.A. May 1985: Political Science/History<br>Concentrated Studies in Economics and Military History |
| **ACTIVITIES** | Executive Editor, Editorial Board, Executive Board (1987-1989)<br>THE AMERICAN UNIVERSITY JOURNAL OF INTERNATIONAL LAW AND POLICY |
| **MEMBER** | Florida Bar, admitted 1998<br>Pennsylvania Bar, admitted 1989<br>Georgia Gar, admitted 2008<br>Southern District of Florida<br>Northern District of Illinois<br>Western District of Texas<br>Western District of Pennsylvania<br>Eleventh Circuit Court of Appeals |
| **PUBLICATIONS** | When Your Grower's Agent Undersells Your Produce, Florida Grower, Jan. 2001<br><br>A Winning Strategy For Hunt's Point Bribery Claims, Florida Grower, Feb. 2001<br><br>Keeping Control of a Transaction That's Falling Apart, Florida Grower, Feb. 2000<br><br>Attorney Fee Clauses in P.A.C.A. Disputes, The Packer, July 1999<br><br>Claim Prevention and the Americans with Disabilities Act, published in conjunction with Continuing Legal Education Seminar, Pittsburgh PA 1997<br><br>Temporary Employees, and Employer's Rights and Obligations, published in conjunction with Continuing Legal |

Education Seminar, Pittsburgh PA 1997

INTELSAT: Pricing Flexibility to Preserve the System, 3 Am. U.J. Int'l L. & Pol'y 383 (Fall 1988)

**EXPERIENCE**   Attorney

**Fuller, Fuller & Associates, P.A.,** February 2006 - 2008
Counseling and representation of disabled persons under Title III of the Americans With Disabilities Act.

**Solo Practitioner**, 1997 - February 2006
Counseling and representation of individuals and businesses in all general matters and civil litigation.

Attorney, 1992 - 1997
**Polito & Smock**, Pittsburgh, PA
Counseling and representation in matters of general, business and commercial litigation.

Attorney, February 1991 - April 1992
**Doepken Keevican Weiss & Medved**, Pittsburgh, PA
Counseling and representation in general, business and commercial litigation.

Judicial Law Clerk, August 1989 - February 1991
**Honorable William Gardner, Superior Court of District of Columbia**
Analysis and recommendations to trial judge ranging the full spectrum of general civil litigation.

Law Clerk, Summer 1988
**Reid & Priest**, Washington, D.C.
Analysis and recommendations on issues of telecommunications, taxation and federal energy regulation.

Law Clerk, Academic Year 1987 - 1988
**Wilson, Elser, Moskowitz, Edelman & Dicker**, Washington, D.C.
Analysis and recommendations on issues in insurance defense, contracts, medical malpractice, ethics, products liability, choice of laws, reinsurance treaty disputes, foreign arbitration, Iranian asset claims and foreign military sales.

Judicial Intern, Summer 1987
**Honorable Richard Salzman, Superior Court of the**

**District of Columbia**
Analysis and recommendations to trial Judge on civil calendar.

Law Clerk, Summer 1987
**Small Business Administration, General Counsel's Office of Litigation**, Washington, D.C.
Analysis of issues in commercial litigation.