# A.D.A. Investigations, Inc.

Investigations and consultations on disability compliance issues.

*100's of cases investigated *

**Carol Durbin, President**

| | |
|---|---|
| March 2000 to present: | Expert / Americans with Disability Act. |
| 1997 to present: | Primary caregiver to an individual with a disability. |
| Nov. 2000 to present: | Appointed to the board of CODI, Commission On Disability Issues, by Katy Sorenson, Miami-Dade County Commissioner, District 8. |
| April 2001 to present: | Co-chair CODI Access Committee. |

**Certifications:**

SBCCI 32-US-32031754: Accessibility Inspector/Plans Examiner

**Courses completed include:**

| | |
|---|---|
| Aug. 15 2002: | Florida Building Code 4 hour Course: Florida Accessibility Code For Building Construction Figures (ADA). Approval #0006584. Director, Max Rodriguez - Miami-Dade Community College, Kendall Campus. |
| July 24, 2001: | Attended 2001 ADA Implementation Update; An audio conference sponsored by the Southeastern Disability & Business Technical Assistance Center. |
| June 21, 2001: | Completed course #89140 The Application of the ADA to the Internet in Florida. |
| May 17, 2001: | Completed Fair Housing and tester training. |
| Sept.15, 2000: | Completed seminar: East Coast conference on disability issues. |
| Aug. 16, 2000: | Completed seminar: Design and construction requirements for multifamily units given by Palm Beach County Civil Rights Unit. |
| July 21, 2000: | Completed course #04P0093 -1B, course #AR.01.058, and course # 06.01.176 for Americans with Disabilities Act with State of Florida Amendments. |
| July 11, 2000: | Miami-Dade County Commission on Disability Issues Conference and Resource Fair in celebration of the tenth anniversary of the Americans with Disabilities Act. Organized volunteers and completed conference. |

**Training Seminars Administered:**

| | |
|---|---|
| Apr. 13-14, 2001 | Conducting an ADA Investigation. |
| Aug. 27-28, 2001 | Conducting an ADA Investigation. |

**Previous experience include:**

| | |
|---|---|
| 1975 - 1979: | Durbin Homes: Liaison with various municipalities for construction plan approval. |
| 1980 - 1990: | Realtor: Owned and operated California Realty, Inc. |
| 1990 - 1997: | Entertainment executive. |

**Organizations:**

| | |
|---|---|
| 1982 | Life member of National Council of Jewish Women. |
| 2000 | CODI |

**Education:**

University of Tennessee
University of Miami

4045 Sheridan Ave., #333 Miami Beach, FL 33140 ~ 305.502.5513
adainvestigationsinc@hotmail.com


EXHIBIT C

## A.D.A. Investigations, Inc.

\* Cases provided upon request

4045 Sheridan Ave., #333 Miami Beach, FL 33140 ~ 305.502.5513 ~ fax: 305.357.1699 ~ e: adainvestigationsinc@hotmail.com