# A.D.A. Investigations, Inc.

Nelson Stern
964 Third Ave. 5th Floor
New York, NY 10155

December 6, 2006

RE: Prel Plaza ~ 60 Duch Hill Road, Orangeburg, NY 10962- Office building and stores; Bamboo Garden, French Cleaners, Lena Nails, Dematology Center, Yogi S Café, Express photos.

Dear Mr. Stern,

As per your request for an investigative report on ADA violations for the above referenced property, obvious areas of noncompliance exist. Below are some of the violations that I have observed.

A detailed follow up should be completed after an appointment with the property owner or manager. There may be other violations of the American Disability Act that would be revealed following that inspection.

Regards,

Carol Durbin

cc: Peter DiPalma
cc: Larry Fuller


A.D.A. Investigations, Inc.
Carol Durbin, Certified ICC Accessibility Inspector/Plans Examiner, registration #5168816
4045 Sheridan Ave., #333
Miami Beach, FL 33140
305.310.3041 ~ fax: 305.576.1565
e-mail: adainvestigationsinc@hotmail.com


EXHIBIT D

PREL PLAZA

















a. An accessible route within the boundary of the site is not provide from accessible parking, and public streets or sidewalks to the accessible entrance they serve. This is in violation of sections 4.3.2 and 4.6.3 of the ADAAG.

b. The accessible route has a change in level. This is in violation of 4.3.8 of the ADAAG.

c. A curb ramp is not provided wherever an accessible route crosses a curb. This is in violation of section 4.7.1 of the ADAAG.

d. The site does not provide the appropriate number of accessible parking spaces. This is in violation of section 4.6.1 of the ADAAG.

e. The stairway does not provide appropriate handrails. This is in violation of section 4.9.4 of the ADAAG.

f. For one or more stores including, but not limited to Yogi S Café, an accessible route to the toilet room in not provided. This is in violation of section 4.3.3 of the ADAAG.

g. For one or more stores including, but not limited to Yogi S Cafe, an accessible toilet room is not provided. This is in violation of section 4.22.1 of the ADAAG.

h. For one or more stores including, but not limited to Bamboo Garden and Yogi S Cafe, the toilet room does not provide appropriate grab bars at the water closets. This is in violation of section 4.22.4 of the ADAAG.

i. For one or more stores including, but not limited to Bamboo Garden and Yogi S Cafe, the pipes underneath the lavatory inside the toilet rooms are exposed. This is in violation of section 4.22.6 of the ADAAG.

j. For one or more stores including, but not limited to Bamboo Garden, the toilet paper, inside the toilet room, is out of reach to a person using a wheelchair. This is in violation of section 4.16.6 of the ADAAG.

k. For one or more stores including, but not limited to Bamboo Garden and Yogi S Cafe, , the mirror inside the toilet room is too high. This is in violation of section 4.22.6 of the ADAAG.

l. For one or more stores including, but not limited to Yogi S Cafe, the lavatory inside the toilet room has faucets that require tight grasping and twisting of the wrist to operate. This is in violation of section 4.22.6 of the ADAAG.

For one or more stores including, but not limited to Bamboo Garden and Yogi S Cafe, the receptacles are out of reach to a person using a wheelchair. This is in violation of section 4.27.3 of the ADAAG.

o. For one or more stores including, but not limited to Bamboo Garden and Yogi S Cafe, the toilet room door hardware requires tight grasping and twisting of the wrist to operate. This is in violation of section 4.22.4 of the ADAAG.