# A.D.A. Investigations, Inc.

Invoice

Larry Fuller, Esq.
Fuller, Fuller & Associates
12000 Biscayne Blvd. Ste. 609
Miami, FL 33181

December 6, 2006

RE: Prel Plaza ~ 60 Duch Hill Road, Orangeburg, NY 10962- Office building and stores; Bamboo Garden, French Cleaners, Lena Nails, Dematology Center, Yogi S Café, Express photos.

| Description | Hours |
|---|---|
| Travel to and from site to perform ADA inspection | 2 hours |
| Preliminary on site verification of ADA violations, including, but not limited to performing various testing and measuring of ramps, slopes, cross slopes, thresholds, counters, doors, restrooms and photographing specific ADA violations. | 2.5 hours |
| Analyzing recording and reviewing photos depicting violations | 2.5 hours |
| Research in conjunction with ADA violations, and Preparation of Report outlining ADA violations. | 3 hours |
| Phone conversations with plaintiff | 1 hour |
| Phone conversations with plaintiff's counsel | 2 hours |

Total Hours: 13 @ $175.00 per hour
Sub Total:             $2275.00
Initial payment now due:  $ 350.00
Balance Due:           $1925.00

4045 Sheridan Ave, #333 Miami Beach, FL 33140 ~ 305.310.3041 ~ fax: 305.576.1565 ~ e: adainvestigationsinc@hotmail.com



EXHIBIT E