UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCESS 4 ALL, INC., a Florida Not-For-Profit :
Corporation, and NELSON M. STERN, :
Individually, :
: 
       Plaintiffs, : Case No. 1:07-cv-2923
: 
v. : Judge Leonard B. Sand
: Magistrate Judge Frank Maas
ULSTER HEIGHTS PROPERTIES, INC., a :
New York Corporation, :
: 
       Defendants. :
_____/

**PLAINTIFFS' SUPPLEMENTAL CERTIFICATE OF SERVICE**

Plaintiffs, by and through undersigned counsel, hereby file the instant Supplemental Certificate of Service, by further certifying that Plaintiffs' Application For Attorney Fees [DE 22] was sent via United States Mail, postage prepaid, to the Defendant, Ulster Heights Properties, Inc. At the addresses listed below on June 11, 2008:

Prel Plaza Management Office
60 Dutch Hill Road
Orangeburg, NY 10962

Dave Glauber (officer)
5 Nesher Court
Monsey NY 10952

Dave Glauber
17 Westside Ave
Spring Valley, NY 10977

Ulster Heights Properties, Inc.
P.O. Box 1029
Monsey, NY 10952

Andrew Stoller (registered agent)
188 Bellvale Lakes Rd.
Warwick, NY 10990

Andrew Stoller
260 N. Main St.
Spring Valley, NY 10977

                          Respectfully Submitted,

                          Thomas B. Bacon, *pro hac vice*
                          FULLER, FULLER & ASSOCIATES, P.A.
                          Co-Counsel for Plaintiffs
                          12000 Biscayne Blvd., Suite 609
                          North Miami, FL 33181
                          (305) 891-5199
                          (305) 893-9505 - Facsimile
                          tbb@fullerfuller.com

                          By: __/s/ Thomas B. Bacon__
                                Thomas B. Bacon, Esquire

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail upon the following persons this 30th day of June, 2008.

Aba Heiman, Esq.
1253 Tyler Avenue
East Meadow, NY 11554
aheimann@fbrlaw.com

                          /s/ Thomas B. Bacon