UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ACCESS 4 ALL, INC., a Florida
Not-for-Profit Corporation, and NELSON M.
STERN, Individually,

                                Plaintiffs,    :    **ORDER**

        - against -                       :    07 Civ. 2923 (LBS)(FM)

ULSTER HEIGHTS PROPERTIES, INC., a
New York Corporation,

                                Defendant.

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

       1.    On or before July 2, 2008, counsel for plaintiffs shall submit a supplemental Certificate of Service confirming that the plaintiffs also served their application for attorney's fees, costs, and expert's fees on Ulster Heights Properties, Inc. by mail.

       2.    On or before July 15, 2008, defendant Ulster Heights Properties, Inc. shall serve and file any opposing memoranda, affidavits and exhibits,

as well as any alternative findings of fact and conclusions of law.

SO ORDERED.

Dated:    New York, New York
          June 30, 2008

                                              _____
                                              FRANK MAAS
                                              United States Magistrate Judge

Copies to:

Hon. Leonard B. Sand
United States District Judge

Thomas B. Bacon, Esq.
Fuller & Fuller & Associates
Fax: (305) 893-9505

Aba Heiman, Esq.
Fusco, Brandenstein & Rada, P.C.
Fax: (516) 496-1073

Ulster Heights Properties, Inc.
P.O. Box 1029
Monsey, NY 10952

Prel Plaza Management Office
60 Dutch Hill Road
Orangeburg, NY 10962

Dave Glauber (officer)
5 Nesher Court
Monsey, NY 10952

Dave Glauber
17 Westside Avenue
Spring Valley, NY 10977

Andrew Stoller (registered agent)
188 Bellvale Lakes Road
Warwick, NY 10990

Andrew Stoller
260 N. Main Street
Spring Valley, NY 10977