AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 1:07-CV-2923

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Ulster Heights Properties, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/2/2008 | *[signature]* |
| Date | Signature |
| | Patricia E. Habas   (PEH 8353) |
| | Print Name   Bar Number |
| | Rogers McCArron & Habas, P.C. |
| | Prel Plaza, Suite 7  60 Dutch Hill Road |
| | Address |
| | Orangeburg   New York   10962 |
| | City   State   Zip Code |
| | (845) 359-5400   (845)359-5577 |
| | Phone Number   Fax Number |