USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ACCESS 4 ALL, INC., a Florida Not-For-Profit
Corporation, and NELSON M. STERN,
Individually,

    Plaintiffs,

v.

ULSTER HEIGHTS PROPERTIES, INC.,
a New York Corporation,

    Defendant.
------------------------------------------------------X

Case No. 1:07-cv-2923

STIPULATION TO VACATE
DEFAULT JUDGMENT

Judge Leonard B. Sand
Magistrate Judge Frank Maas

IT IS HEREBY STIPULATED AND AGREED that the default judgment against defendant Ulster Heights Properties, Inc., in the above-captioned matter is hereby vacated and the parties agree to extend defendant Ulster Heights Properties, Inc.'s time to answer until August 1, 2008.

IT IS FURTHER STIPULATED AND AGREED that the conference scheduled for July 10, 2008 before Magistrate Judge Maas be adjourned.

IT IS FURTHER STIPULATED AND AGREED that a facsimile signature shall be deemed an original for the purposes of this stipulation.

Dated: July 7, 2008

_____
Lawrence A. Fuller, Esq. (LF5450)
Thomas B. Bacon, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
Counsel for Plaintiff Access 4 All, Inc.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199

_____
Patricia E. Habas, Esq. (PEM 8353)
ROGERS, McCARRON & HABAS, P.C.
Attorneys for Defendant
Prel Plaza, Suite 7
60 Dutch Hill Road
Orangeburg, NY 10962
(845) 359-5400

SO ORDERED:

_____
Hon. Leonard B. Sand
United States District Judge

7/9/08