**MEMO ENDORSED**

# ROGERS McCARRON & HABAS, P.C.
ATTORNEYS AT LAW

PREL PLAZA, SUITE 7
60 DUTCH HILL ROAD
ORANGEBURG, NEW YORK 10962

BRUCE A. ROGERS

LAWRENCE B. McCARRON*
PATRICIA E. HABAS

*ALSO ADMITTED IN NJ

PARALEGALS

MARILYN NELSON
CRAIG D. YOUNG
TONI JOHNSTON

(845) 359-5400
FACSIMILE (845) 359-5577

brogers@barpc.com
lmccarron@barpc.com
phabas@barpc.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/08

July 11, 2008

Via Facsimile (212) 805-6724

Hon. Frank Maas
United States District Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

*My understanding is that the Plaintiff's motion for attorney's fees (Docket No. 22) is moot in light of the annexed stipulation. Accordingly, there is no need to respond to that motion. FMaas, USMJ, 7/14/08*

Re: Access 4 All, Inc., et al. v. Ulster Heights Properties, Inc., Case No. 1:07-cv-2923

Dear Judge Maas:

We represent defendant Ulster Heights Properties, Inc. in the above-captioned matter and have received notification from the court that the stipulation between the parties to vacate the default judgment and extending our time to answer the complaint until August 1st has been So-Ordered by Judge Sand. At the present time we would like to request an adjournment on consent until August 1st to respond to plaintiff's motion for attorneys fees presently returnable July 15th as we need time to properly assess the material and respond accordingly. No previous requests for adjournment have been submitted. A copy of the stipulation is enclosed for your convenience.

Respectfully submitted,

Patricia E. Habas

SO ORDERED:

PEH/cy
Cc: Lawrence A. Fuller, Esq.

_____
Magistrate Judge Frank Maas

JUL. 7. 2008  1:43PM   FULLERFULLER&ASSOC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ACCESS 4 ALL, INC., a Florida Not-For-Profit
Corporation, and NELSON M. STERN,
Individually,

　　　　　　Plaintiffs,

　　v.

ULSTER HEIGHTS PROPERTIES, INC.,
a New York Corporation,

　　　　　　Defendant.
----------------------------------------X

Case No. 1:07-cv-2923

STIPULATION TO VACATE
DEFAULT JUDGMENT

Judge Leonard B. Sand
Magistrate Judge Frank Maas

IT IS HEREBY STIPULATED AND AGREED that the default judgment against defendant Ulster Heights Properties, Inc., in the above-captioned matter is hereby vacated and the parties agree to extend defendant Ulster Heights Properties, Inc.'s time to answer until August 1, 2008.

　　IT IS FURTHER STIPULATED AND AGREED that the conference scheduled for July 10, 2008 before Magistrate Judge Maas be adjourned.

　　IT IS FURTHER STIPULATED AND AGREED that a facsimile signature shall be deemed an original for the purposes of this stipulation.

Dated: July 7, 2008

_____
Lawrence A. Fuller, Esq. (LF5450)
Thomas B. Bacon, Esq., *pro hac vice*
FULLER, FULLER & ASSOCIATES, P.A.
Counsel for Plaintiff Access 4 All, Inc.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199

_____
Patricia E. Habas, Esq. (PEM 8353)
ROGERS, McCARRON & HABAS, P.C.
Attorneys for Defendant
Prel Plaza, Suite 7
60 Dutch Hill Road
Orangeburg, NY 10962
(845) 359-5400

SO ORDERED:

_____
Hon. Leonard B. Sand
United States District Judge

7/9/08