UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ACCESS 4 ALL, INC., a Florida Not-For-Profit                Docket No.: 1:07-cv-2923
Corporation, and NELSON M. STERN,                           (LBS) (FM)
Individually,

                                                        **RULE 7.1 STATEMENT**

                             Plaintiffs,

                                                        Judge Leonard B. Sand
      -against-                                                           Magistrate Judge Frank Maas

ULSTER HEIGHTS PROPERTIES, INC.,
a New York Corporation,

                             Defendant.
-------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ulster Heights Properties, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                                                              None.

Date:   Orangeburg, New York
           August 1, 2008

                                                             /S/
                                                Patricia E. Habas, Esq. (PEM 8353)
                                                ROGERS, McCARRON & HABAS, P.C.
                                                Attorneys for Defendant
                                                Ulster Heights Properties, Inc.
                                                Prel Plaza, Suite 7
                                                60 Dutch Hill Road
                                                Orangeburg, NY 10962
                                                (845) 359-5400