UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACCESS 4 ALL, INC., a Florida not-
for-profit corporation; and PETER
SPALLUTO, individually,

Plaintiffs,

v.

CEDAR EQUITIES, LTD., a Florida
partnership,

Defendant.
_____/

CASE NO. 3:03-cv-885-J-99HTS



EXHIBIT 2

# ORDER

Filed herein are Defendant's Motion to Stay Action Pending Resolution of Proposed Settlement Agreement (Dkt. 9) and Plaintiff's Response (Dkt. 10) in opposition thereto.

Defendant was served on October 21, 2003. See Dkt. 2. On December 3, 2003, Defendant filed a Motion (Dkt. 5) seeking additional time to respond to the Complaint to allow it to further investigate the underlying facts of the case and to pursue a settlement. The Court granted said Motion on December 5, 2003, and gave Defendant thirty days to respond to the Complaint.

In its current Motion, filed January 15, 2004, Defendant seeks to stay the case for 90 to 120 days, asserting that, "[w]hile the parties are confident a settlement will ultimately be reached, more time is needed to analyze the alleged violations of the Americans with Disabilities Act ('ADA') and implement a plan for the correction of any deficiencies that may

exist." Dkt. 9, ¶ 2. Plaintiff opposes granting Defendant more than an additional ten days to respond to the Complaint.

Upon consideration thereof, it is hereby **ORDERED** that Defendant's Motion to Stay Action Pending Resolution of Proposed Settlement (Dkt. 9) is **DENIED**. Defendant has fifteen days from the date of this Order to respond to the Complaint.

**DONE AND ORDERED**, at Jacksonville, Florida, this 3 day of February, 2004.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record
Pro se party, if any
Law Clerk (RWN)

F I L E   C O P Y

Date Printed: 02/04/2004

Notice sent to:

      ___  Lawrence A. Fuller, Esq.
           Fuller, Fuller & Associates, P.A.
           12000 Biscayne Blvd., Suite 609
           North Miami, FL  33181

           3:03-cv-00885   spw

      ___  Tracy J. Considine, Esq.
           Tracy Considine, P.A.
           1 Sleiman Parkway, Suite 210
           Jacksonville, FL  32216

           3:03-cv-00885   spw

Date Printed: 02/04/2004