UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 01-14086-CIV-MIDDLEBROOKS

ACCESS 4 ALL, INC.,
a Florida corporation and
PETER DIPALMA,

    Plaintiffs,

vs.

RITCHIE INVESTMENTS, INC.,
a Florida corporation,

    Defendant.
_____/



FILED by JD D.C.
JUN - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Stay Action and Suspend Discovery Proceedings. According to Defendant's Motion, Plaintiffs served discovery requests on May 24, 2001 consisting of Interrogatories, Request for Production and Request for Admission. Defendant asserts that it is in the process of having the repairs done on the premises in question to comply with the regulations of the ADA. Accordingly, Defendant requests that this action be stayed until said repairs have been perfected. Upon review of Defendant's Motion and the record as a whole, it is hereby

ORDERED and ADJUDGED that Defendant's Motion to Stay Action and Suspend Discovery Proceedings, filed on June 4, 2001, is DENIED. The parties shall inform the Court promptly if a settlement resolving any and/or all claims in this action is reached.

DONE AND ORDERED in Chambers at Miami, Florida, this 5 day of June, 2001.

EXHIBIT 3

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE