UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Access 4 All, Inc, Nelson M. Stern

                  Plaintiff,

-against-

Ulster Heights Properties, Inc,

                  Defendant.
------------------------------------------------------------------x

1:07 CIVIL 2923 ( )

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Nelson M. Stern**

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: **NMS. 8646**

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* Nelson M. Stern, Attorney at Law, 630 Third Avenue, 18th Floor, New York, NY 10017

☐ *Telephone Number:*

☐ *Fax Number:* 212 223 8330, Fax 212 949 1857

☐ *E-Mail Address:* Scooterlawyer@aol.com

Dated: 8/13/08

/s/ NMS