UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ACCESS 4 ALL, INC., a Florida :
Not-for-Profit Corporation, and NELSON M.
STERN, Individually, :

                 Plaintiffs, : **ORDER**

    - against - : 07 Civ. 2923 (LBS)(FM)

ULSTER HEIGHTS PROPERTIES, INC., a :
New York Corporation,
                                     :

                 Defendant.

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that on or before September 5, 2008, each side shall submit a letter, not to

exceed five pages, outlining what it believes the proper scope of plaintiff's inspection of

defendant's property ought to be.

      SO ORDERED.

Dated:      New York, New York
              August 22, 2008

                                                    FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Hon. Leonard B. Sand
United States District Judge

Lawrence A. Fuller, Esq.
Fuller & Fuller & Associates
Fax: (305) 893-9505

Patricia E. Habas, Esq.
Rogers McCarron & Habas, P.C.
Fax: (845) 359-5577