Web  Images  Maps  News  Shopping  Gmail  more ▾

Sign in

 Google   prel plaza in orangeburg new york   [Search]  Advanced Search
                                                                        Preferences

Web  Books                Results **1** - **10** of about **378** for **prel plaza in orangeburg new york**. (**0.13** seconds)

YiPple! - **Orangeburg** Dermatologists - **Orangeburg**, NY                    Sponsored Links

**Plaza New York**
Photos, Customer Ratings & Reviews.
Book & Save on **New York** City Hotels
www.Expedia.com

Find: Prell
1 Minute to Search (free summary)
Locate Prell.
Public-records-now.com

Abeles- Gwen D MD,**Prel Plaza**,**Orangeburg**,NY,10962,(845)359-4770 Cohen Robert J
MD,**Prel Plaza**,**Orangeburg**,NY,10962,(845)359-4770 Dermatology Center of Rockland **...**
1240.yippie.biz/ny/**orangeburg**/ - 76k - Cached - Similar pages

**Orangeburg**, **New York** (NY) Detailed Profile - relocation, real **...**
**Orangeburg**, **New York** detailed profile. **...** established on 1958-02-15; **Orangeburg**
Branch at **Orangeburg** Road/**Prel Plaza**, branch established on 1964-08-07. **...**
www.city-data.com/city/**Orangeburg-New-York**.html - 82k - Cached - Similar pages

Therapists, Psychologists, Counseling in **Orangeburg**, Rockland **...**
The focus of therapy is to help one to discover their resiliency and to meet ..." See full
profile, **Prel Plaza** 60 Dutch Hill road **Orangeburg**, **New York ...**
therapists.psychologytoday.com/us**news**/state/NY/**Orangeburg**.html - 28k -
Cached - Similar pages

Doctors in **Orangeburg** NY (**New York** Physicians)
3 **Prel Plaza** Neil L Block MD, Dr. Paul Guerriero Ophthalmologist 99 Dutch Hill Rd **New
York** Eye Institute, Dr. Nauman Mansoor Psychiatrist 140 Old **Orangeburg ...**
www.ucomparehealthcare.com/drs/**new_york**/ORANGEBURG.html - 19k -
Cached - Similar pages

Rogers McCarron Habas, P.C. **Orangeburg**, **New York** Profile
**Prel Plaza**, Suite 7, 60 Dutch Hill Road. **Orangeburg**, **New York** 10962 **...** Lawrence B.
McCarron (Associate) born Bronx, **New York**, February 20, 1953; **...**
www.lawyers.com/**New-York**/**Orangeburg**/Rogers-McCarron-Habas,-P.C.-543523-f.html -
34k - Cached - Similar pages



Lagstein Raymond DMD, **Orangeburg**, NY - Dentist
Lagstein Raymond DMD, **Prel Plaza** Prof Building, **Orangeburg**, **...** Lagstein Raymond
DMD is a Dentist facility and is located in **Orangeburg**, **New York**. **...**
www.wellness.com/dir/2278834/dentist/ny/**orangeburg**/lagstein-raymond-dmd - 46k -
Cached - Similar pages

Health & Beauty in **Orangeburg** NY
**New York** Womens Health 156 Route 303, **Orangeburg**, NY, 10962 **... Prel** Plz,
**Orangeburg**, NY, 10962 **Prel Plaza**, Wrinkles, Spider Veins, Soft Tissue Fillers, **...**
www.merchantcircle.com/directory/NY-**Orangeburg**/category/Health.And.Beauty - 149k -
Cached - Similar pages

Robert Cohen, M.D. at **Prel Plaza** - **New York** Dermatologist
Robert Cohen, M.D. at **Prel Plaza**. **New York** Dermatologist. **Prel Plaza ... Orangeburg**,
NY. (845) 359-4770. Ask your question · Write a review **...**
www.realself.com/pro/Robert-Cohen-MD/**Orangeburg**-NY-10962/Dermatologist - 20k -
Cached - Similar pages

German Cancer Therapies: Natural and Conventional Medicines That ... - Google Books Result
by Morton Walker - 2003 - Health & Fitness - 288 pages
**New York**, NY 10016 (212) 679-9667 FAX (212) 679-9730 Gennaro **...** (716) 284-5140 FAX
(716) 284-5159 **Orangeburg** Neil L. Block, MD 14 **Prel Plaza Orangeburg**, **...**
books.google.com/books?isbn=1575666103**...**

Find Law legalty.com: Real Estate, **New York**, **Orangeburg**
**Prel Plaza**, Suite 7, 60 Dutch Hill Road **Orangeburg**, **New York** 10962 (Rockland Co.) Cell:
845-359-5400 Fax: 845-359-5577, WEBSITE **...**
www.legalty.com/en/advanced_search_results/1/city/2668/ - 145k - Cached - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

prel plaza in orangeburg new york    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve | Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Shopping  Gmail  more ▾                    Sign in

  prel plaza in orangeburg new york    [Search]  Advanced Search
                                                                     Preferences

**Web**  Books                    Results **11 - 20** of about **341** for **prel plaza in orangeburg new york**. (**0.56** seconds)

Tappan, **New York** Lawyers, Legal Aid & Services Profiles - Tappan ...
Legal Services & Pro Bono in Tappan, **New York** ..... **Prel Plaza Orangeburg**, NY 10962
(1.72 miles) Phone: +1 (914) 359-5400. Stewart Andrew Marin ...
lawyers.justia.com/lawyers/state/NY/city/Tappan - 74k - Cached - Similar pages

Toxic Metal Syndrome: How Metal Poisonings Can Affect Your Brain - Google Books Result
by Herman Richard Casdorph, Morton Walker - 1995 - Fiction - 413 pages
30th St. **New York**, NY 10016 (212) 696-1900 FAX (212) 213-5872 A, AC, CT, NT, OME, ...
432-8752 FP **Orangeburg** Neil L. Block, MD (P) 14 **Prel Plaza Orangeburg**, ...
books.google.com/books?isbn=0895296497...

YiPple! - **Orangeburg** Dentists - **Orangeburg**, NY
Find Dentists in **Orangeburg**, NY on YiPple! ... Lagstein Raymond DMD **Prel Plaza** Prof
Building **Orangeburg**, NY 10962 · (845) 359-1300 ...
1238.yippie.biz/ny/**orangeburg**/ - 75k - Cached - Similar pages

Dr Neil Block Family Practice Physician **Orangeburg**, NY
Free Doctor report on Dr Neil Block, Family Practice Physician of 3 **Prel Plaza**, **Orangeburg**
**New York** (NY)
www.ucomparehealthcare.com/drs/**new_york**/family_medicine/Block_Neil.html - 16k -
Cached - Similar pages

Holistic Doctors in NY/NJ/CT
Doctors in **New York**, **New** Jersey, and Connecticut who are members of ACAM ....
**Orangeburg** Neil L. Block, MD 14 **Prel Plaza** --- **Orangeburg**, NY 10962 ...
www.users.nyc.pipeline.com/~jf/doctors.htm - 15k - Cached - Similar pages

**ORANGEBURG, New York** Payphone Locations
payphone locator > **New York** > payphone locations for **ORANGEBURG, New York** ....
914-623-8128, A M O PROPERTIES, 6 **PREL PLAZA**, **ORANGEBURG** NY ...
www.payphone-project.com/numbers/usa/NY/**ORANGEBURG**/ - Similar pages

Patricia E. Habas, Attorney at Law - Construction Law - **Orangeburg** ...
Patricia E. Habas. Firm: Bruce A. Rogers, P.C.. Address: **Prel Plaza**. Suite 7. **Orangeburg**,
**New York** 10962. Phone: 845-359-5400 ...
www.statelawyers.com/Lawyer/Profile.cfm/AttorneyID:197839 - 30k -
Cached - Similar pages

**Orangeburg** Hair Removal in **Orangeburg** NY Yellow Pages by SuperPages
**New York's** Best Skin Rejuvenation and Laser Hair Removal Clinics ... **Prel Plaza**
**Orangeburg** NY 10962. Electrolysis Professional GRP **Prel Plaza Orangeburg** NY ...
www.superpages.com/yellowpages/C-Hair+Removal/S-NY/T-**Orangeburg**/ - 136k -
Cached - Similar pages

**divorce360com** | Lawyers in our directory for **Orangeburg New York**
Bruce A Rogers P.C. **Prel Plaza** Suite 7 **Orangeburg New York** 10962. Bruce A Rogers
P.C. interview video · Bruce A Rogers P.C. interview audio ...
www.divorce360.com/divorce-directory/lawyers/**new-york**/**orangeburg** - 53k -
Cached - Similar pages

YiPple! - **Orangeburg** Physicians & Surgeons - **Orangeburg**, NY

Find Physicians & Surgeons in **Orangeburg**, NY on YiPple! **...** Abeles- Gwen D MD,**Prel
Plaza**,**Orangeburg**,NY,10962,(845)359-4770 **...**
1602.yippie.biz/ny/**orangeburg**/ - 71k - Cached - Similar pages

**Previous** 1 **2** 3 4 5 6 7 8 9 10 11    **Next**

prel plaza in orangeburg new york    [ Search ]

Search within results | Language Tools | Search Tips | Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google